NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Evan J. Smith (SBN242352
esmith@brodsky-smith.com
Ryan P. Cardona (SBN302113)
rcardona@brodsky-smith.com
Brodsky & Smith, LLC
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
877-534-2590

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff Alfonso Lares

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ALFONSO LARES | CASE NUMBER: |
| --- | --- |
| Plaintiff(s), v. | |
| RELIABLE WHOLESALE LUMBER, INC. | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                         ALFONSO LARES
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
| --- | --- |
| Alfonso Lares | Plaintiff |
| Reliable Wholesale Lumber, Inc. | Defendant |

January 29, 2018
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Alfonso Lares

CV-30 (05/13)                                    NOTICE OF INTERESTED PARTIES