CHERYL MACKAY

CHERYL.MACKAY@USDOJ.GOV

UNITED STATES DEPARTMENT OF JUSTICE

ENVIRONMENT AND NATURAL RESOURCES DIVISION

LAW AND POLICY SECTION

BEN FRANKLIN STATION, P.O. BOX 7415

WASHINGTON, D.C.  20044

DC BAR NO. 481891

(202) 514-1307 (phone)

(202) 514-4231 (fax)

Attorney for the United States

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO LARES, | ) |
| Plaintiff, | ) Case No. 8:18-CV-00157-JLS-AGR |
| v. | ) |
| RELIABLE WHOLESALE | ) NOTICE OF FEDERAL |
| LUMBER, INC. | ) REVIEW PERIOD FOR REVISED |
| Defendant. | ) PROPOSED CONSENT DECREE |
| _____ | ) |

    The Department of Justice hereby notifies the Court that the United States received a revised proposed consent decree for review in the above-referenced case on February 28, 2018, pursuant to Clean Water Act Section 505(c)(3).  See Exh. 1 (revised proposed consent decree); Exh. 2 (February 28, 2018 email transmitting

revised proposed consent decree to Department of Justice). This section provides, in relevant part, that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator." 33 U.S.C. § 1365(c)(3); see also 40 C.F.R. § 135.5 (requiring service to the Department of Justice's Citizen Suit Coordinator).[1] As such, the United States hereby further notifies the Court that the federal review period for the revised proposed consent decree will end on April 16, 2018.

The Department of Justice received the revised proposed consent decree after having advised counsel for both Plaintiff and Defendant that the Department of Justice would not be in a position to file a notice of non-opposition to the previously filed proposed consent decree, received on February 14, 2018, because of a particular payment included in the proposed decree.  The Department also noted in that communication that it may have other comments on the decree. See Exhibit 3.  The United States will address any other comments by the conclusion of the review period triggered by the receipt of the revised proposed consent

---

[1] For purposes of the United States' right of review, the term "consent judgment" in the Clean Water Act citizen suit provision has a broad meaning, and encompasses all instruments entered with the consent of the parties that have the effect of resolving any portion of the case.  For example, the United States views a document stipulating to dismissal of a case or any part thereof would be within the scope of this language. Such documents and any associated instruments (even if not submitted to the Court) must be submitted to the United States for review, notwithstanding any provisions purporting to maintain the confidentiality of such materials.  The Department monitors citizen suit litigation to review compliance with this requirement.

1 judgment. As Congress explained, the federal review period for proposed consent
2 judgments that would resolve Clean Water Act citizen enforcement actions, such
3 as the present case, is intended to allow the United States to follow a case and point
4 out to a court where a ruling or decree would be inconsistent with the
5 government's enforcement program or interpretation of the Clean Water Act. See
6 131 Cong. Rec. S3645 (daily ed. March 28 1985). A settlement that does not
7 undergo this federal review process is at risk of being void. A copy of the proposed
8 consent decree received on February 14, 2018, is attached as Exhibit 4.

9     Counsel for the Plaintiff has informed the undersigned attorney that the
10 parties do not oppose time for the federal review period described above.  The
11 United States is willing to file a motion for an extension of the original review
12 period, if that is the Court's preferred approach to this matter and upon the Court's
13 request.

15     Respectfully submitted,

18     */s/ Cheryl Mackay*
19     Cheryl Mackay, Attorney
20     United States Department of Justice
21     Environment and Natural Resources Division
22     Law and Policy Section
23     P.O. Box 7415
24     Washington, D.C.  20044
25     (202) 514-1307

# **PROOF OF SERVICE**

On this 2nd day of April 2018, the Notice of Federal Review Period for Revised Proposed Consent Decree was served on counsel of record by electronic filing:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 2nd day of April, 2018.

                          /s/ Cheryl Mackay_____
                          Cheryl Mackay
                          United States Department of Justice
                          Environment and Natural Resources Division
                          Law and Policy Section
                          P.O. Box 7415
                          Ben Franklin Station
                          Washington, D.C.  20044
                          (202) 514-1307