JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ALFONSO LARES

        Plaintiff,

   vs.

RELIABLE WHOLESALE LUMBER, INC.,

        Defendant,

**Civil Case No.: 8:18-cv-00157-JLS-AGR**

**CONSENT DECREE**

**(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq*.)**

## CONSENT DECREE

The following Consent Decree is entered into by and between Alfonso Lares ("Plaintiff") and Reliable Wholesale Lumber, Inc. ("Reliable"). The entities entering into this Consent Decree are each an individual "Settling Party" and collectively the "Settling Parties."

**WHEREAS,** Plaintiff is a citizen of the State of California.

**WHEREAS,** Plaintiff is concerned with the environmental health of the Santa Ana River Watershed, and uses and enjoy the waters of the Santa Ana River, its inflows, outflows and other waters of the Santa Ana River Watershed;

**WHEREAS**, Reliable is the owner and operator of a facility operating as a Sawmill, Planing Mill, and/or Lumber Yard located at 1450 Citrus St., Riverside, California, hereinafter referred to by the Settling Parties as the "Facility";

**WHEREAS,** Plaintiff's use and enjoyment of these waters are allegedly negatively affected by the pollution allegedly caused by the operations at the Facility;

**WHEREAS,** Plaintiff acts in the interest of the general public to prevent pollution in these waterway, for the benefit of their ecosystems, and for the benefits of all individuals and communities who use these waterways for various recreational, educational, and spiritual purposes;

**WHEREAS,** the discharges from the Facility are regulated by the National Pollutant Discharge Elimination System ("NPDES") General Permit No. CAS000001 [State Water Resources Control Board] Water Quality Order No. 92-12-DWQ, as amended by Order No. 97-03-DWQ ("1997 Storm Water Permit"), and as amended by Order No. 2014-0057-DWQ ("IGP"), and the Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 *et seq.* ("Clean Water Act" or "CWA");

**WHEREAS**, on December 1, 2016 Plaintiff sent Reliable, the United States Environmental Protection Agency ("EPA"), EPA Region IX, the State Water Resources Control Board ("State Board"), and the Santa Ana Water Quality Control Board ("Regional Board") a notice of intent to file suit ("Notice Letter") under Sections 505(a) and (b) of the Clean Water Act, 33 U.S.C. §§ 1365(a) and (b). The Notice Letter alleged violations of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), and violations of

the 1997 Storm Water Permit and the IGP at the Reliable Facility[1];

**WHEREAS**, on January 29, 2018, Plaintiff filed a complaint against Reliable in the United States District Court, Central District of California (Case No.), alleging violations of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a), and violations of the Storm Water Permit at the Reliable Facility ("Complaint");

**WHEREAS**, Plaintiff alleges Reliable to be in violation of the substantive and procedural requirements of the 1997 Storm Water Permit, the IGP, and the Clean Water Act with respect to the Reliable Facility;

**WHEREAS**, Reliable denies all allegations in the Notice Letter and Complaint relating to the Reliable Facility;

**WHEREAS**, Plaintiff and Reliable have agreed that it is in the Settling Parties' mutual interest to enter into a Consent Decree setting forth terms and conditions appropriate to resolving the allegations set forth in the Complaint without further proceedings; and

**WHEREAS**, all actions taken by Reliable pursuant to this Consent Decree shall be made in compliance with all applicable federal and state laws and local rules and regulations.

**NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE SETTLING PARTIES AND ORDERED AND DECREED BY THE COURT AS FOLLOWS:**

1.      The Court has jurisdiction over the subject matter of this action pursuant to Section 505(a) of the Clean Water Act, 33 U.S.C. § 1365(a);

2.      Venue is appropriate in the Central District of California pursuant to Section 505(c)(1) of the Clean Water Act, 33 U.S.C. § 1365(c)(1), because the Reliable Facility is located within this District;

3.      The Complaint states claims upon which relief may be granted pursuant to Section 505(a)(1) of the Clean Water Act, 33 U.S.C. § 1365(a)(1);

4.      Plaintiff has standing to bring this action;

5.      The Court shall retain jurisdiction over this matter for purposes of enforcing the terms of

---

[1] For purposes of this Consent Decree, the NPDES permit and any amendments thereto in effect at the time of Reliable's required compliance with the terms of this Consent Decree shall be referred to as "the Industrial General Permit" or "IGP."

this Consent Decree for the life of the Consent Decree, or as long thereafter as is necessary for the Court to resolve any motion to enforce or to extend this Consent Decree.

## I.   <u>OBJECTIVES</u>

It is the express purpose of the Settling Parties entering into this Consent Decree to further the objectives set forth in the Clean Water Act, 33 U.S.C. §§ 1251, et seq., and to resolve those issues alleged by Plaintiff in his Complaint. In light of these objectives and as set forth fully below, Reliable agrees to comply with the provisions of this Consent Decree and to comply with the requirements of the IGP and all applicable provisions of the Clean Water Act. Specifically, Reliable agrees to comply with Receiving Water Limitation VI.A. in the IGP which requires that Reliable "shall ensure that industrial storm water discharges and authorized Non-Storm Water Discharges ("NSWDs") do not cause or contribute to the exceedance of any applicable water quality standards in any affected receiving water," and Effluent Limitation V.A. of the IGP which requires that Reliable "shall implement Best Management Practices ("BMPs") that comply with the BAT/BCT requirements of the IGP to reduce or prevent discharges of pollutants in Reliable's storm water discharge in a manner that reflects best industry practice considering technological availability and economic practicability and achievability." Reliable shall develop and implement BMPs necessary to achieve compliance with BAT/BCT standards and with the applicable water quality standards as those terms are defined by the IGP.

## II.   <u>AGENCY REVIEW AND TERM OF CONSENT DECREE</u>

**A.**   **Agency Approval.** Plaintiff shall submit this Consent Decree to the United States Department of Justice and the EPA (collectively "Federal Agencies") within three (3) days of the final signature of the Settling Parties for agency review consistent with 40 C.F.R. § 135.5. The agency review period expires forty-five (45) days after receipt by both agencies, as evidenced by written acknowledgement of receipt by the agencies or the certified return receipts, copies of which shall be provided to Reliable if requested. In the event that the Federal Agencies object to entry of this Consent Decree, the Settling Parties agree to meet and confer to attempt to resolve the issue(s) raised by the Federal Agencies within a reasonable amount of time.

**B.**   **Effective Date.** The term "Effective Date" as used in this Consent Decree shall mean the day the Court enters this Consent Decree.

**C.** **Termination Date.** This Consent Decree shall terminate on January 31, 2019 ("Termination Date"), unless there is a prior ongoing, unresolved dispute regarding Reliable's compliance with this Consent Decree.

**III.** **POLLUTION CONTROL REQUIREMENTS**

**A.** **Storm Water Pollution Reduction Measures and Reliable's SWPPP**

**1.** The storm water pollution control measures required by this Consent Decree shall be designed and operated to manage storm water discharges, through full compliance with the IGP.

**2.** The control measures now in place at the Facility are all contained in the Facility's current Storm Water Pollution Prevention Plan ("SWPPP"), a copy of which accompanies this Consent Decree as Exhibit A.

    a. The current SWPPP addresses, among other things, good housekeeping, preventative maintenance, spill prevention and response, material handling and waste management, employee training, quality assurance and record keeping, waste and garbage, non-stormwater discharges (NSWDs), the monitoring plan, and the annual evaluation. Plaintiff agrees that Reliable's current SWPPP, Exhibit A, now complies with the IGP, based on all water sampling conducted at the Facility to date and BMPs added to the SWPPP during 2017 to reduce zinc in the Facility's stormwater discharges.

    b. Reliable has engaged a Qualified Industrial Storm Water Practitioner ("QISP"), Timothy Jacobson, to assist it in preparing the Facility's SWPPP and in implementing all the control measures described in the SWPPP. Reliable agrees to continue to engage Mr. Jacobson or to engage another QISP for the duration of this Consent Decree.

**3.** The settling Parties agree that the SWPPP may be modified from time to time as more fully described in this Consent Decree, provided that no such future modification shall cause the SWPPP to not comply with applicable provisions of the IGP. In the event of a modification to the SWPPP or Facility Site Map, Reliable will provide a copy of the revised exhibits to Plaintiff in the manner described herein, and to the Regional Board via SMARTs.

**B.** **Numeric Action Level ("NAL") for Discharges from the Reliable Facility.** Future exceedances of the values presented in Table 1 will indicate to the discharger that additional BMPs may be needed in order to comply with BAT/BCT.

**Table 1: Numeric Action Levels for Discharges**

| Pollutant | Test Method | Units | Annual NAL[2] | Instantaneous Maximum NAL[3] |
|---|---|---|---|---|
| pH | Per IGP Section XI.C.2 | pH units | N/A | Less than 6.0, Greater than 9.0 |
| Chemical Oxygen Demand | SM 5220C | mg/L | 120 | 120 |
| Total Suspended Solids | SM-2540-D | mg/L | 100 | 400 |
| Total Zinc | EPA 200.8 | mg/L | 0.26** | 0.26** |
| Oil and Grease | EPA-1664A | mg/L | 15 | 25 |

**The NAL is the highest value used by the U.S. EPA based on their hardness table in the 2008 MSGP.

**C.** **Level 2 Status**

**1.** **Response Action Level 2 Evaluation and Report for 2017-2018.** During the 2016-2017 compliance year, stormwater tests conducted at the Reliable facility exceeded only the NAL for total zinc. Accordingly, Reliable's QISP has prepared an Exceedance Response Action Level 2 Evaluation and Report for total zinc for the 2017-2018 compliance year, Exhibit B, and has submitted this report to the Regional Board. The Settling Parties agree that Exhibit B constitutes an adequate Exceedance Response Action Level 2 Evaluation and Report.

**2.** **Level 2 Action Report Requirements for 2018-2019.** If Reliable is required to submit any Exceedance Response Action Level 2 Report for the 2018-2019 compliance year, the report shall be prepared by a QISP and include one or more of the following demonstrations:

**(a)** The identification of the contaminant(s) discharged in excess of the numeric value(s) in Table 1;

**(b)** An assessment of all pollutant sources of each contaminant discharged in excess of the numeric value(s) in Table 1 and the extent to which those contaminants are associated with industrial activities at the Facility; and

---

[2] An Annual NAL Exceedance occurs when the average concentration for each parameter using the results of all the samples taken for the entire facility over the reporting year.

[3] An Instantaneous Maximum NAL Exceedance occurs when two or more analytical results from samples taken for any single parameter within a reporting year exceed the instantaneous maximum NAL value as illustrated in Table 1.

**(c)** For contaminants associated with industrial activities, the identification of additional BMPs that shall be implemented to achieve compliance with the Table 1 Limit(s), as well as the design plans and calculations of these additional BMPs. In the alternative, Reliable may submit an evaluation of any additional BMPs that would reduce or prevent an exceedance, estimated costs of the additional BMPs evaluated, an analysis demonstrating that the additional BMPs needed to prevent the exceedance are not BAT/BCT and are not required to ensure discharges that do not cause or contribute to violations of water quality standards, and an analysis describing the basis for the selection of BMPs implemented in lieu of the additional BMPs evaluated but not implemented.

**3. Implementation Schedule**

(a) The time schedules for implementation of each Level 2 Response Action Report shall ensure that all BMPs are implemented as soon as possible but in no case later than January 1 following the compliance year during which the exceedance occurred.

(b) Reliable shall be entitled to a single time extension of up to six (6) months upon submitting the following information to SMARTS and the Plaintiff:

  **a)** Reason for the time extension;

  **b)** A revised Level 2 Response Action Report describing the necessary tasks that will need to be taken in order to complete the technical report justifying the extension; and

  **c)** A description of the BMPs that will be implemented in the interim until permanent BMPs can be implemented.

4. Reliable shall diligently file and pursue all required local agency applications for permits and/or approvals for the BMPs included in any Exceedance Response Action Level 2 Report. Reliable shall further diligently pursue the procurement of contractors, labor, and materials to complete all such BMPs by the deadline for implementing each Level 2 Response Action Report described in this section, and shall use commercially reasonable efforts to meet these deadlines.

**D. Sampling and Analysis**

  **1.** Reliable shall install a recording rain gauge capable of recording rainfall to 0.1 inches at

the Reliable Facility within thirty (30) days of the Effective Date. Reliable shall maintain the recording rain gauge in accordance with the manufacturers' recommendations, maintain records of all maintenance and rain data, and provide such rain gauge data to Plaintiff with the Annual Comprehensive Facility Compliance Evaluation described in Section III. E. below for the term of this Consent Decree. In the event there is a dispute about the quantity of rainfall at the Facility, the rain gauge installed pursuant to this section shall be deemed to be the actual rainfall at the site.

**2.** During the duration of this Consent Decree, Reliable shall collect samples from at least two Qualifying Storm Events ("QSEs") within the first half of each reporting year (July 1 – December 31) and at least two QSEs within the second half of each reporting year (January 1 – June 30) from each sampling point at the Reliable Facility in conformity with its Storm Water Monitoring Implementation Plan ("Monitoring Plan") and in compliance with the IGP.

**3.** Reliable shall comply with the analytical methods as required by Section XI.B of the IGP as more fully described in the Monitoring Plan.

**4.** Reliable shall request that results of all sample analyses required by this Consent Decree be reported to it within thirty (30) days of laboratory receipt of the sample.

**E. Annual Comprehensive Facility Compliance Evaluation**

Reliable shall submit the Annual Comprehensive Facility Compliance Evaluation ("Annual Evaluation") to Plaintiff no later than June 15, of 2018. The Annual Evaluation shall comply with all applicable requirements of IGP Section XV.

**F. Storm Water Pollution Prevention Plan Revisions**

**1.** Reliable shall engage a QISP to revise the SWPPP for the Reliable Facility if there are any changes in the Reliable Facility's operations, including, but not limited to, changes to storm water discharge points or revisions, additions to the BMPs implemented pursuant to the IGP, or additions or revisions to the Monitoring Plan. Throughout the term of this Consent Decree Reliable shall submit any SWPPP revisions made pursuant to the requirements of this paragraph to Plaintiff for review and comment within ten (10) days of the SWPPP revision. Plaintiff will provide comments, if any, to Reliable within thirty (30) days of receipt of such revised SWPPP. Reliable shall incorporate Plaintiff's comments into any revised SWPPP, or shall justify in a writing prepared by

a QISP as to why any comment is not incorporated within thirty (30) days of receiving comments

## IV.   MONITORING AND REPORTING

**A.     Site Inspections.**

    **1.**     In May 2018, up to three (3) of Plaintiff's representatives may participate in a Reliable Facility Annual Evaluation site inspection as more fully described in Section XV of the IGP (the "Site Inspection") The site inspection shall occur during normal business hours.  Reliable shall provide Plaintiff and Plaintiff's counsel of record with at least seven business' day notice prior to the Site Inspection.  Notice shall be provided by electronic mail to Plaintiff's counsel of record. Plaintiff shall respond by electronic mail and state the names of all persons that Plaintiff will bring to the Site Inspection.

    **2.**     Plaintiff shall provide Reliable with any comments regarding the Site Inspection within seventy-two (72) hours of the site inspection's completion.  These comments shall be prepared, signed and certified by Plaintiff's designated QISP.  Reliable shall respond to Plaintiff's comments within thirty (30) days from which they are received; however, Reliable is not obligated to respond to any comments regarding the Site Inspection received after seventy-two hours has passed.

**B.     Compliance Monitoring and Oversight.**   Reliable shall make a onetime payment of Ten Thousand Dollars ($10,000.00) to compensate Plaintiff for costs and fees to be incurred for monitoring Reliable's compliance with this Consent Decree.  Payment shall be made within five (5) business days of the Effective Date payable to "Brodsky & Smith, LLC" via overnight mail.

**C.     Action Report Payment.**   Reliable shall pay Five Thousand Dollars ($5,000.00) each time an Exceedance Response Action Level 2 Report is submitted to Plaintiff after the Effective Date pursuant to the terms of this Consent Decree.  Payments shall be submitted simultaneously with the submittal of the Action Report by overnight mail.  Payments shall be made payable to "University of California at San Diego Extension Services" and designated for tuition grants for owners and employees of women and minority businesses that seek training about the IGP.

**D.     Reliable Document Provision.**   During the life of this Consent Decree, Reliable shall copy Plaintiff on all documents related to storm water quality at the Reliable Facility that are submitted to the Regional Board, the State Board, and/or any state or local agency, county, or municipality.  Such reports

and documents shall be provided to Plaintiff on the date they are sent to the agencies, counties, and/or municipalities. Any correspondence related to Reliable's compliance with the Permit or storm water quality received by Reliable from any regulatory agency, state or local agency, county, or municipality shall be provided to Plaintiff within ten (10) days of receipt by Reliable. Provided, however, that this Consent Decree shall not require disclosure of any information or documents subject to the Attorney Client Privilege or the Attorney Work Product doctrine.

## V. ENVIRONMENTAL PROJECT & REIMBURSEMENT OF LITIGATION FEES & COSTS

**A.** **Environmental Project.** To remediate the alleged environmental harms resulting from non-compliance with the 1997 Storm Water Permit and IGP alleged in the Complaint, Reliable agrees to make a payment of Six Thousand Dollars ($6,000.00) to University of California at San Diego Extension Services to fund tuition grants for owners and employees of small businesses (businesses having no more than 50 employees) affected by the IGP. The payments shall be made within five (5) business days of the Effective Date payable to "University of California at San Diego Extension Services."

**B.** **Reimbursement of Attorneys' Fees and Costs.** Reliable shall pay a total of Fifty-Four Thousand Dollars ($54,000.00) to "Brodsky & Smith, LLC" for its investigation fees and costs, expert/consultant fees and costs, and reasonable attorneys' fees incurred as a result of investigating and preparing the lawsuit and negotiating this Consent Decree. Payment shall be made payable to "Brodsky & Smith, LLC" within five (5) business days of the Effective Date via overnight mail.

## VI. DISPUTE RESOLUTION

**A.** **Meet and Confer**. A Settling Party may invoke this meet-and-confer process for any instance of alleged non-compliance with this Consent Decree by the other Settling Party by notifying the other Settling Party in writing of the matter(s) in dispute. The Settling Parties shall then meet and confer in good faith, either telephonically or in person, and attempt to resolve the dispute informally over a period of thirty (30) days from the date of the notice. The Settling Parties may agree in writing to extend this time period in an effort to resolve the dispute without outside intervention.

**B.     IGP Matters.**  In case of allegations by the Plaintiff of violations by Reliable of a matter governed by a provision of the IGP, the plaintiff may file requests for appropriate enforcement actions under the IGP with the Regional Water Quality Control Board – Santa Ana Region, and any appeals to the State Water Resources Control Board and the courts of the State of California, in accordance with all applicable provisions California's Porter-Cologne Act, the federal Clean Water Act, and other state and federal laws. Reliable shall have the right to oppose the plaintiff's requests to the Regional Board, the State Board and the courts, in accordance with applicable provisions of state and federal law.

**C.     Other Matters.**  For allegations by either Settling Party concerning all other matters, the complaining Settling Party may move the Court for a remedy, and the Court shall determine an appropriate motion or hearing procedure to resolve the dispute.  In all such Court proceedings, the Settling Party that invoked the meet-and-confer procedures shall have the burden of demonstrating that the other Settling Party has failed to meet its obligations as set forth in this Consent Decree.

**D.     Enforcement Fees and Costs.**  In the event that procedures under either sections VI. B. or C. are undertaken, the reasonable litigation costs and fees that the prevailing Settling Party incurs shall be paid by the other Settling Party.

**VII.     <u>MUTUAL RELEASE OF LIABILITY AND COVENANT NOT TO SUE</u>**

**A.     Plaintiff's Public Release of Claims**.  This Consent Judgment is a final and binding resolution between Plaintiff, on his own behalf, and on behalf of the public and in the public interest, and Reliable, and its parents, subsidiaries, affiliated entities under common ownership, directors, officers, agents, employees, attorneys, if any (collectively "Releasees"), and shall have a preclusive effect such that no other person or entity, whether purporting to act in his, her, or its interests or the public interest shall be permitted to pursue and/or take any action with respect to any violation of the CWA or the IGP that was alleged in the Complaint, or that could have been brought pursuant to the Notice.

**B.     Plaintiff's Release of Additional Claims.**  As to Plaintiff for and in his individual capacity only, this Consent Judgment shall have preclusive effect such that he shall not be permitted to pursue and/or take any action with respect to any other statutory or common law claim, to the fullest extent that any of the foregoing were or could have been asserted by him against Reliable or the Releasees based on the facts alleged in the Complaint and the Notice, whether or not based on actions committed by Reliable.

**C. Waiver of Rights Under Section 1542 of the California Civil Code**

    **1.** Plaintiff acting in his individual capacity waives all rights to institute any form of legal action, and releases all claims against Reliable, and the Releasees, (referred to collectively in this Section as the "Claims"). In furtherance of the foregoing, Plaintiff waives any and all rights and benefits which he now has, or in the future may have, conferred upon him with respect to the Claims by virtue of the provisions of § 1542 of the California Civil Code, which provides as follows:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR.

    **2.** Plaintiff understands and acknowledges that the significance and consequence of this waiver of California Civil Code § 1542 is that even if Plaintiff suffers future damages arising out of or resulting from, or related directly or indirectly to, in whole or in part, the facts in the Complaint, Plaintiff will not be able to make any claim for those damages against Releasees.

**D. Reliable's Release of Plaintiff.** Reliable, on behalf of itself, its past and current agents, representatives, attorneys, successors and/or assignees, hereby waives any and all claims against Plaintiff, his attorneys, and other representatives for any and all actions taken or statements made (or those that could have been taken or made) by Plaintiff and his attorney and other representatives, whether in the course of investigating Claims or Otherwise.

**E. Parties' Release.** Unless specifically provided for in this Consent Decree, the Parties, on their own behalf and on behalf of their current and former officers, directors, employees, and each of their successors and assigns, and their agents, and other representatives release all persons including, without limitation, all other Parties to this Consent Decree (and each of their direct and indirect parent and subsidiary companies and affiliates, and their respective current and former officers, directors, members, employees, shareholders, and each of their predecessors, successors, and assigns, and each of their agents, attorneys, consultants, and other representatives) from any additional attorney's fees or expenses related to the resolution of this matter.

**F.**     Nothing in this Consent Decree limits or otherwise affects any Party's right to address or take any position that it deems necessary or appropriate in any formal or informal proceeding before the State Board, Regional Board, U.S. Environmental Protection Agency, or any other administrative body on any other matter relating to Reliable's compliance with the IGP or the Clean Water Act occurring or arising after the Termination Date of this Consent Decree.

## VIII.     RETENTION OF JURISDICTION

**A.     Continuing Jurisdiction.**     This Court shall retain jurisdiction over this matter until the Termination Date defined above for the purposes of implementing and enforcing the terms and conditions of this Consent Decree.  The Court shall have the power to enforce this Consent Decree with all available legal and equitable remedies, including contempt.

**B.     Extension of Time.**  Either Settling Party may move for an extension of the Termination Date on the ground that the other Settling Party will not be in compliance with one or more provisions of this Consent Decree as of the Termination Date.  Any such motion must be filed with the court before the Termination Date and served on the opposing Settling Party at least 21 days before the court hearing date for the motion.  The motion papers must (a) identify the provision or provisions of the Consent Decree with which the moving Settling Party contends the other Settling Party will not comply; (b) describe the nature of each alleged instance of non-compliance; and (c) provide an estimate of the additional time the opposing Settling Party will need to come into compliance, with an explanation in support of the estimate, for each alleged instance of non-compliance.

## IX.     MISCELLANEOUS PROVISIONS

**A.     No Admission of Liability.**  Neither this Consent Decree, the implementation of additional BMPs, nor any payment pursuant to the Consent Decree shall constitute or be construed as a finding, adjudication, admission, or acknowledgment of any fact, law, or liability, nor shall it be construed as an admission of violation of any law, rule, or regulation.  Reliable maintains and reserves all defenses it may have to any alleged violations that may be raised in the future.

**B.     Construction.**  The language in all parts of this Consent Decree shall be construed according to its plain and ordinary meaning, except as to those terms defined in the IGP, the Clean Water Act, or specifically in the Consent Decree.

**C.      Choice of Law and Venue.**  The laws of the United States shall govern this Consent Decree, with venue proper only in the Central District of California.

**D.      Severability.**  In the event that any provision, paragraph, section, or sentence of this Consent Decree is held by a court to be unenforceable, the validity of the enforceable provisions shall not be adversely affected.

**E.      Correspondence and Notices.**  Any and all notices and/or correspondence between the Parties provided for or permitted under this Consent Decree shall be in writing and personally delivered or sent by:

     **1.**      First-class (registered or certified) mail return receipt requested; or

     **2.**      Overnight or two-day courier; or

     **3.**      By email with confirmed receipt only (thus at the risk of the email sender); on any Party by the other Party to the following addresses:

If to Plaintiff:

Evan J. Smith, Esquire
Brodsky & Smith, LLC
Two Bala Plaza, Suite #510
Bala Cynwyd, PA 19004
T:      877.354.25900
Email:  esmith@brodsky-smith.com


If to Reliable:

James A. Geocaris, Esq.
Lewis Brisbois Bisgaard & Smith LLP
650 Town Center Drive, Suite 1400
Costa Mesa, CA 92626
T:      714.966.3129
Email: James.Geocaris@lewisbrisbois.com


Any change of address or addresses shall be communicated in the manner described above for giving notices.

**F.      Counterparts.**  This Consent Decree may be executed in any number of counterparts, all of which together shall constitute one original document.  Telecopy, email of a .pdf signature, or facsimile copies of original signature shall be deemed to be originally executed counterparts of this Consent Decree.

**G.  Modification of the Consent Decree.**  This Consent Decree, and any provisions herein, may not be changed, waived, discharged, or terminated unless by a written instrument, signed by the Settling Parties, or upon motion of any Party as provided by law and upon an entry of a modified Consent Decree by the Court.  If any Settling Party wishes to modify any provision of this Consent Decree, the Settling Party must notify the other Settling Party in writing at least twenty-one (21) days prior to taking any step to implement the proposed change.

**H.  Full Settlement.**  This Consent Decree contains the sole and entire agreement and understanding of the Settling Parties with respect to the entire subject matter of this Consent Decree, and any and all discussions, negotiations, commitments and understandings related to this Consent Decree.  No representations, oral or otherwise, express or implied, other than those contained in this Consent Decree have been made by any party to it.  No other agreements not specifically referred to herein, oral or otherwise, shall be deemed to exist or to bind any of the Parties.

**I.  Integration Clause.**  This is an integrated Consent Decree.  This Consent Decree is intended to be a full and complete statement of the terms of the Consent Decree between the Settling Parties and expressly supersedes any and all prior oral or written Consent Decrees, covenants, representations, and warranties (express or implied) concerning the subject matter of this Consent Decree.

**J.  Authority of Counsel.**  The undersigned representatives for Plaintiff and Reliable each certify that he/she is fully authorized by the Party whom he/she represents to approve this Consent Decree as to form.

**K.  Authority.**  Reliable certifies that its undersigned representative is fully authorized to enter into this Consent Decree, to execute it on behalf of Reliable, and to legally bind Reliable to its terms.

**L.  Agreement to be Bound.**  The Settling Parties, including any successors or assigns, agree to be bound by this Consent Decree and not to contest its validity in any subsequent proceeding to implement or enforce its terms.

## IX.  <u>COURT APPROVAL</u>

The Parties hereby respectfully request that the Court promptly approve and enter this Consent Decree.  Upon entry of this Consent Decree, Plaintiff and Defendant waive their respective rights to a hearing or trial on the allegations of the Complaint and Notice which are at issue in this action.  If this Consent Decree is not approved by the Court, it shall be of no force and effect, and it may not be used in any

1  proceeding for any purpose.

2      IN WITNESS WHEREOF, the undersigned have executed this Consent Decree as of the date

3  first set forth below.

4

5  SO AGREED AND APPROVED AS TO CONTENT

6  Dated:   2/1/2018               PLAINTIFF

7

8                                           _Alfonso Lares_
                                       Alfonso Lares

9

10  Dated: 2/7/2018

11                                    RELIABLE WHOLESALE LUMBER, INC.

12                                    By

13                                      Agent

14

15  APPROVED AS TO FORM

16

17  Dated: 2/1/2018

18                                    BRODSKY & SMITH, LLC

19                                    By

20                                      Evan J. Smith (SBN:242352)
                                  Attorneys for Plaintiff

21

22

23

24

25

26

27

28

1    Dated: 2/7/2018                LEWIS BRISBOIS BISGAARD & SMITH LLP

2

3                                   By:

4                                   James A. Geocaris (SBN: 65904)
                                    Attorneys for Reliable Wholesale Lumber, Inc.
5

6
     IT IS SO ORDERED.
7

8    Date:    11/08/2018

9                                   Hon. Josephine L. Staton
                                    United States District Court Judge
10                                  Central District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "A"

# STORM WATER POLLUTION PREVENTION PLAN

AND

# MONITORING PROGRAM

FOR

## Reliable Wholesale Lumber, Inc.
## Riverside Reload Center

1450 Citrus St
Riverside, CA  92507
714-848-8222

**STORM WATER PERMIT**
**WDID # 8 33I022424**

**Updated for 2015 General Permit**

# TABLE OF CONTENTS

STORM WATER POLLUTION PREVENTION PLAN (SWPPP) CHECKLIST............3

**CERTIFICATE OF RESPONSIBILITY**...................................................................**9**

POLLUTION PREVENTION TEAM.................................................................9
FACILITY INFORMATION.................................................................................10
NATURE OF THE OPERATION......................................................................10
STANDARD INDUSTRIAL CLASSIFICATION (SIC)CODE & NARRATIVE..........10
PHYSICAL DESCRIPTION.............................................................................10
DIAGRAM 1 – FACILITY LOCATION..............................................................11
DIAGRAM 2 – SITE PHOTO...........................................................................12
DIAGRAM 3 – STORMWATER FLOW PATTERNS AND DISCHARGE
*POTENTIAL POLLUTION SOURCE AREAS*......................................................13
DESCRIPTIONS OF WATER DISCHARGES....................................................14
RECEIVING WATERS.....................................................................................14
POTENTIAL POLLUTION SOURCES...............................................................16
OPERATIONAL POLLUTION CONTROL PROCEDURES.........................................17
STRUCTURAL AND BUILT CONTROLS..........................................................17
SIGNIFICANT MATERIAL LIST.......................................................................20
SIGNIFICANT SPILLS AND LEAKS................................................................22
NON-STRUCTURAL CONTROLS....................................................................23
MINIMUM BMP'S............................................................................................23
HOUSEKEEPING............................................................................................24
PREVENTIVE MAINTENANCE PROGRAM.......................................................29
SPILL RESPONSE AND PREVENTION..........................................................31
MATERIAL HANDLING AND STORAGE.........................................................33
EROSION CONTROL AND SITE STABILIZATION............................................34
EMPLOYEE TRAINING PROGRAMS..............................................................35
1.1 QUALITY ASSURANCE AND RECORD KEEPING.......................................37
ADVANCED BMP'S.........................................................................................38
MILLING OPERATIONS..................................................................................38
DOWNSPOUT FILTER CONTROLS................................................................39
SAWDUST COLLECTION...............................................................................40
DIESEL FUEL STORAGE & HANDLING..........................................................41
BMP SUMMARY TABLE BY AREA/ACTIVITY..................................................42
SECTION B: STANDARD TESTS.....................................................................46

**THE STORM WATER MONITORING PROGRAM**.......................................................**47**

SECTION D: STORM WATER VISUAL OBSERVATIONS....................................47
OVERVIEW: YEARLY MONITORING PROGRAM...............................................48

**WATER SAMPLING**.....................................................................................................**49**

CHAIN OF CUSTODY.....................................................................................50

**SECTION A: ANNUAL COMPREHENSIVE FACILITY COMPLIANCE EVALUATION**
..............................................................................................................................**51**

SECTION E: QUARTERLY TRAINING FORMS..................................................52
TRAINING GUIDE...........................................................................................56

# STORM WATER POLLUTION PREVENTION PLAN (SWPPP) CHECKLIST

## NATIONAL POLLUTION DISCHARGE ELIMINATION SYSTEM (NPDES) GENERAL PERMIT FOR STORMWATER ADISCHARGES ASSOCIATED WITH INDUSTRIAL ACTIVITIES (GENERAL PERMIT)

FACILITY NAME:  Reliable Wholesale Lumber

Waste Discharge Identification (WDID) #:  8 33I022424

|  | FACILITY CONTACT | Consultant/Qualified Industrial Storm Water Practitioner (QISP) |
|---|---|---|
| NAME | Riley Richards | Tim Jacobson |
| TITLE |  | Consultant |
| COMPANY | Reliable Wholesale Lumber |  |
| STREET ADDRESS | 1450 Citrus St | 7187 Blue Falls Cir |
| CITY, STATE | Riverside | Reno, NV |
| ZIP | 92507 | 89511 |

| SWPPP General Permit Section | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| Signed Certification (Section II.A) |  | 9 | 7/1//2015 |
| Pollution Prevention Team (Section X.D.1 |  | 9 | 7/1//2015 |
| Existing Facility Plans (Section X.D.2 |  | 10 | 7/1//2015 |
| Site Map | | | |
| Facility boundaries (Section X.E.3.a) |  | 12-14 | 7/1//2015 |
| Drainage areas (Section X.E.3.a |  | 14 |  |
| Direction of flow (Section X.E.3.a) |  | 14 |  |
| On-facility water bodies (Section X.E.3.a) | XX |  |  |

| SWPPP General Permit Section | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| Areas of soil erosion  (Section X.E.3.a) | XX | | 7/1//2015 |
| Nearby water bodies  (Section X.E.3.a) | | 12 | |
| Municipal storm drain inlets (Section X.E.3.a) | | 14 | |
| Points of discharge  (Section X.E.3.b) | | 14 | |
| Sampling Locations  (Section X.E.3.b) | | 14 | |
| Structural control measures (Section X.E.3.c) | | 14 | |
| Impervious areas (Section X.E.3.d) | | 12-14 | |
| Location of Directly Exposed Materials  (Section X.E.3.e) | | 14 | |
| Locations of significant spills and leaks (Section X.E.3.e) | xx | | |
| Areas of Industrial Activity  (Section X.E.3.f) | | 14 | |
| Storage areas/storage tanks (Section X.E.3.f) | | 14 | |
| Shipping and receiving areas (Section X.E.3.f) | | 14 | |
| Fueling areas  (Section X.E.3.f) | | 14 | |
| Vehicle and equipment storage/maintenance  (Section X.E.3.f) | | 14 | |
| Material handling/processing (Section X.E.3.f) | | 14 | |
| Waste treatment/disposal  (Section X.E.3.f) | xx | | |
| | | | |
| Dust or particulate generation (Section X.E.3.f) | | 14 | |
| Cleaning and material reuse (Section X.E.3.f) | | 13-14 | |

| SWPPP (General Permit Section) | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| Other areas of industrial activities (Section X.E.3.f) | | 14 | 7/1/2015 |
| **List of Industrial Materials (Section X.F)** | | | |
| Storage location | | 20 | 7/1/2015 |
| Quantity | | 20 | |
| Frequency | | 20 | |
| Receiving and shipping location | | 20 | |
| Quantity | | 20 | |
| Frequency | | 20 | |
| Handling location | | 20 | |
| Quantity | | 20 | |
| Frequency | | 20 | |
| Potential Pollution Sources (Section X.G) | | | |
| Description of Potential Pollution Sources (Section X.G.1) | | | |
| Industrial processes (Section X.G.1.a) | | 16-23 | 7/1/2015 |
| Material handling and storage areas (Section X.G.1.b) | | 17-23 | |
| Dust & particulate generating activities (Section X.G.1.c) | | 17-23 | |
| Significant spills and leaks  (Section X.G.1.d) | xx | | |
| Non-storm water discharges (Section X.G.1.e) | xx | | |
| Erodible surfaces (Section X.G.1.f) | | | |
| **Assessment of Potential Pollutant Sources (Section X.G.2)** | | | |
| Narrative assessment of likely sources of pollutants (Section X.G.2.a) | | 16 | 7/1/2015 |
| Narrative assessment of likely pollutants present in storm water discharges (Section X.G.2.a | | 16 | |
| Identification of additional BMPs Section X.G.2.b) | | 16 | |

| SWPPP (General Permit Section) | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| Identification of drainage areas with no exposure  (Section X.G.2.c) | XX | | 7/1/2015 |
| Identification of additional parameters (Section X.G.2.d) | xx | | |
| **Storm Water Best Management Practices (Section X.H)** | | | |
| **Minimum BMPs  (Section X.H.1)** | | | |
| Good housekeeping (Section X.H.1.a) | | 24 | 7/1/2015 |
| Preventative maintenance (Section X.H.1.b) | | 29 | |
| Spill response (Section X.H.1.c) | | 31 | |
| Material handling and waste management (Section X.H.1.d) | | 33 | |
| Erosion and sediment controls (Section X.H.1.e) | | 34 | |
| Employee training program (Section X.H.1.f) | | 35 | |
| Quality assurance and record keeping (Section X.H.1.g) | | 37 | |
| **Advanced BMPs (Section X.H.2)** | | | |
| Implement advanced BMPs at the facility  (Section X.H.2.a) | | 38-41 | Updated 12/21/16 |
| Exposure Minimization BMPs (Section X.H.2.b.i) | | 38-41 | |
| Storm Water containment and discharge reduction BMPS  (Section X.H.2.b.ii) | | 38-41 | |
| Treatment Control BMPs  (Section X.H.2.b.iii) | | 38-41 | |
| Other advance BMPs  (Section X.H.2.b.iv) | | 38-41 | Updated 12/21/16 |
| **Temporary Suspension of Activities (Section X.H.3)** | | | |
| BMPs necessary for stabilization of the facility  (Section X.H.3) | xx | | |

| SWPPP (General Permit Section) | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| **BMP Descriptions (Section X.H.4)** | | | |
| Pollutant that a BMP reduces or prevents (Section X.H.4.a.i) | | 23-43 | 7/1/2015 Updated 12/21/16 |
| Frequency of BMP implementation (Section X.H.4.a.ii) | | 23-43 | |
| Location of BMP (Section X.H.4.a.iii) | | 14, 23-43 | |
| Person implementing BMP (Section X.H.4.a.iv) | | 9 | |
| Procedures/maintenance/ instructions for BMP implementation (Section X.H.4.a.v) | | 23-43 | |
| Equipment and tools for BMP implementation  (Section X.H.4.a.vi) | | 23-43 | |
| BMPs needing more frequent inspections  (Section X.H.4.a.vii) | xx | | |
| Minimum BMP/applicable advanced BMPs not implemented at the facility (Section X.H.4.b) | xx | | |
| BMPs implemented in lieu of minimum or applicable advanced BMPs  (Section X.H.4.c) | xx | | |
| **BMP Summary Table (Section X.H.5)** | | | |
| **Monitoring Implementation Plan (Section X.I)** | | | |
| Team members assisting in developing the MIP  (Section X.I.1) | | 9 | 7/1/2015 |
| Summary of visual observation procedures, locations, and details (Section X.I.2) | | 14, 45-47 | |
| Justifications if applicable for: Alternative discharge locations, Representative Sampling Reduction or, Qualified Combined Samples (Section X.I.3) | xx | | |
| Procedures for field instrument calibration  (Section X.I.4) | xx | | |

| SWPPP (General Permit Section) | Not Applicable | SWPPP Page # or Reference Location | Date Implemented or Last Revised |
|---|---|---|---|
| Example of Chain of Custody (Section X.I.5) | | 48 | 7/1/2015 |
| **Annual Comprehensive Facility Compliance Evaluation (Section XV)** | | | |
| Review of all visual inspection and monitoring records and sampling and analysis results conducted during the previous reporting year  (Section XV.A) | | | |
| Visual inspection of all areas of industrial activity and associated potential pollutant sources (Section XV.B) | | | |
| Visual inspection of all drainage areas previously identified as having no-exposure to industrial activities and materials in accordance with the definitions in Section XVII   (Section XV.C) | | | |
| Visual inspection of equipment needed to implement the BMPs (Section XV.D) | | | |
| Visual inspection of any structural and/or treatment control BMPs (Section XV.E) | | | |
| Review and assessment of all BMPs for each area of industrial activity and associated potential pollutant sources   (Section XV.F) | | | |
| Assessment of other factors needed to complete the information described in Section XVI.B  (Section XV.G) | | | |

# CERTIFICATE OF RESPONSIBILITY

*This section required by Section II.A of the General Permit.*

"I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to ensure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fines and imprisonment for knowing violations." (Section II.A - certification)

_____       _____
**Riley Richards**                                                              **Date**
Reliable Wholesale Lumber, Inc.

# POLLUTION PREVENTION TEAM

*This section required by Section A.3.b of the General Permit.*

| | |
|---|---|
| **Randal Richards** | Responsible for development and implementation of this SWPPP. |
| **Riley Richards** | Responsible for implementation of all BMP's, monitoring activities, record keeping, inspections, storm water and non-storm water observations, storm water sampling, annual compliance inspection and Annual Report. |
| **Storm Water Team** | **Robert Strutt** |
| | **Yard Foreman and Staff as needed** |

The Pollution Prevention Team will identify, as appropriate, alternate individuals to perform the required SWPPP and Monitoring Program activities when team members are temporarily unavailable (due to vacation, illness, travel, etc.).

# FACILITY INFORMATION

Reliable Wholesale Lumber, Inc.
1450 Citrus St
Riverside, CA  92507
714-848-8

# NATURE OF THE OPERATION

This Storm Water Pollution Prevention Plan covers the operation of Reliable Wholesale Lumber, Inc., located at 1450 Citrus St, Riverside, California.

Reliable Wholesale Lumber, Inc. is a wholesale lumber company. The operation consists of providing and delivering custom milled structural materials for building contractors. Activities on the site include storage and milling of lumber, delivery of building materials, and service of delivery vehicles.

# STANDARD INDUSTRIAL CLASSIFICATION (SIC)CODE & NARRATIVE

2431: Sawmills and Planing Mills

5031: Lumber, Plywood, Millwork & Wood Panels, Wholesale

# PHYSICAL DESCRIPTION

Reliable Wholesale Lumber is located on a fourteen-acre industrial site in commercial area of Riverside. The site is surrouded by Catepiller to the north and west, Palmyrita Ave. to the South and railroad right-of -way to the east.

There are five primary structures  housing offices and material storage warehouses. Milling stations are located in the southern end of the property.  Centrally located is the railcar unloading area that brings in new materials.   The facility is paved in asphalt and concrete with remaining areas landscaped.

## FACILITY SIZE

Size of Facility: .......................................................................................About 14 acres

## PERCENTAGE OF SITE IMPERVIOUS TO STORM WATER

Percent impervious to storm water: ...........................................................About 100%

## PERCENTAGE OF OPERATIONS CONDUCTED OUTDOORS

Percent of operational activity conducted outdoors:...................................About 90%

# DIAGRAM 1 – FACILITY LOCATION



**DIAGRAM 2 – SITE PHOTO**



# DIAGRAM 3 – STORMWATER FLOW PATTERNS AND DISCHARGE
## POTENTIAL POLLUTION SOURCE AREAS



## DESCRIPTIONS OF WATER DISCHARGES

The Riverside Reload Center is a completely impervious facility with storm flows leaving the site on the northwest and southwest corners of the property. The flows are equally split with the railcar unloading area being the point where the flows divert one direction or the other. The southern flow will have more contact with sawdust while the northern side will have more contact with oils and grease and diesel.

## STORM WATER ON-FLOW

There is no on-flow, of storm- or non-storm water, from adjoining areas onto the site. Flow patterns will be monitored and this document revised if any change is detected.

## RECEIVING WATERS

Discharged storm water flows into the storm drains on Citrus St. to the north and Palmyrita Ave. to the south. Flows continue into the Riverside County Flood Control district, and the Santa Ana River. River is an Impaired waterway in the following areas of which pH is the only one currently a potential problem at the site.



# NON STORM WATER LOCATIONS, DESCRIPTIONS

## POTENTIAL AUTHORIZED NON-STORM WATER SOURCES

General faucet waters.

Irrigation and sprinkler water.

## POTENTIAL UNAUTHORIZED NON-STORM WATER SOURCES

Authorized non-storm water that flows across polluted surfaces.

Discharges from equipment and tanks that contain pollutants.

Wash water from indoor cleaning.

Wash water from truck washing.

Overflow and spills from filling truck radiators.

Over-spray from steam cleaner.

# UNAUTHORIZED NSWD BEST MANAGEMENT PRACTICES

All employees and staff will be trained to avoid using water to wash down vehicles, materials, or surfaces. (ET)

Potential sources of non-storm water flows (tanks, faucets, dispensers, containers, etc.) will be monitored to ensure they are not leaking. (IN)

The yard will be monitored on a daily basis to detect non-storm water flows. (IN)

All non-structural programs detailed in Section 3.4 and BMPs described in Section 4 will be implemented in order to keep surfaces of the yard clean and prevent contamination of potential authorized non-storm water flows. (HK)

## POTENTIAL POLLUTION SOURCES

The production of wood products uses a number of industrial processes that may present potential pollution source issues. These fall into four defined areas two of which are primary issues:

<u>**Oil and Grease-**</u> Primarily the result of trucks or forklifts in the loading and unloading areas and areas where these vehicles are parked or drive through during the daily operations. Additionally, spills inside the building can be carried outside on shoes or tires.

<u>**Sawdust and Particulates-**</u> Small Sawdust or particulates being dropped onto the surfaces that may become potential pollutants. These pollutants are likely to be in the loading and unloading areas and around building exits where they can be carried outside.

**COD-** Reliable has worked to reduce the COD pollutants at the site as it is a result of the industrial lumber milling process. As of 2017, COD was one of the two primary focus areas as past efforts have reduced the pollution numbers to within the benchmarks by the use of a vacuum truck company.

<u>**zinc**</u> zinc has been found to be primarily the result of metal roofs. zinc pollutants from the industrial process have been brought down between 2013 and present using a number of interventions but final numbers are still above benchmarks due to the large amount of metal roofs at the site. zinc loads at the site have been measured at 10 to 15 times the benchmarks.

# OPERATIONAL POLLUTION CONTROL PROCEDURES

## STRUCTURAL AND BUILT CONTROLS

- All operational surfaces are paved. The facility is paved with asphalt with concrete storm channels.
- During rainstorms, there are sand bag and absorbent boom berms to settle out solid materials and absorb oil and other fluids. They are installed at the end of swales and at the entrance before storm water is sampled and discharged off property.
- Covered space is provided for most milling and planing operations.
- Covered space is provided for maintenance activities.
- Covered space is provided for warehousing activities of materials such as oils and metals.
- Covered space is provided for air compressors.
- Some covered space is provided for sheet goods.
- There is an enclosed sawdust collection system.
- A covered repair provided for truck servicing and repair.
- Secondary containment is provided for waste fluids.
- There is a state-of-the-art double walled above ground fuel tank.
- There are above ground fuel pumps on a concrete pad.
- There is a central sawdust collector for all milling installations.
- The general-purpose dumpsters have covers. Covers can be closed to prevent rainwater from washing pollutants onto the ground.
- The visitor and employee parking areas are paved with asphalt and are separated from production and outdoor storage.

# SPECIFIC STRUCTURAL CONTROLS

<u>MILLING OPERATIONS STRUCTURAL CONTROLS:</u>

- Surfaces of the milling areas are paved with asphalt.
- Some outdoor saws have been designed to contain all sawdust.

<u>SAWDUST COLLECTION STRUCTURAL CONTROLS:</u>

- The bag house dust collector is located in enclosed building to contain sawdust.
- The collected sawdust is dispensed into sealed 40-yard metal containers for disposal.
- Operational surfaces and surfaces under/around the sawdust storage roll-off will be paved with asphalt.
- The sawdust storage roll-off will be stored under cover.
- Much of the collection equipment will be under cover.

<u>LUMBER STORAGE STRUCTURAL CONTROLS:</u>

- Surfaces of the yard are paved with asphalt.
- Lumber is stored on racks or skids.
- Some lumber is covered with tarps.
- Treated lumber is wrapped in plastic.
- Rusty iron and steel and corroded aluminum materials exposed to rain water will be placed under cover, painted or covered with tarps or plastic when it rains.

<u>VEHICLE REPAIR STRUCTURAL CONTROLS:</u>

- Surfaces are paved with asphalt and concrete.
- Repair and service operations will be conducted inside the repair shop whenever practical.
- Surfaces of the repair area have been graded to drain to an internal clarifier.
- The outdoor repair area is speed bump bermed.
- Rusty iron and steel and corroded aluminum materials exposed to rain water will be placed under cover, painted or covered with tarps or plastic when it rains.

<u>NEW FLUIDS & HAZARDOUS WASTE FLUIDS STRUCTURAL CONTROLS:</u>

- Hazardous waste and new materials will be stored inside the covered containment area.
- Hazardous materials will be stored/disposed per HAZMAT Regulations.

<u>DIESEL FUEL STORAGE & HANDLING STRUCTURAL CONTROLS:</u>

- Fuel is stored in a fully regulation compliant above ground storage tank.
- Fueling area surfaces are paved.

<u>TIRE STORAGE STRUCTURAL CONTROLS:</u>

- Most tires will be stored inside the sheds.

- All tires will be stored outdoors will be covered with tarps during rainstorms.

- Tires stored outdoors they will be provided with racks, pallets, or platforms for storage off surfaces.

<u>DISUSED EQUIPMENT AND SALVAGE MATERIALS STRUCTURAL CONTROLS:</u>

- Small materials stored outdoors they will be provided with skids racks, pallets, or platforms for storage off surfaces.

<u>GENERAL TRASH DISPOSAL STRUCTURAL CONTROLS:</u>

- The general-purpose trash dumpster will be stored with its lids shut during rain events.

<u>LOADING & UNLOADING STRUCTURAL CONTROLS:</u>

- Surfaces of the loading areas will remain paved.

<u>FORKLIFTS & OTHER MOVING EQUIPMENT STRUCTURAL CONTROLS:</u>

- Forklifts and other equipment will be operated and parked over paved surfaces.

- Forklifts and other equipment will be parked indoors when not in use.

<u>AIR COMPRESSORS STRUCTURAL CONTROLS:</u>

- The compressors stand indoors.

- The compressors stand over paved surfaces.

# SIGNIFICANT MATERIAL LIST

*This section required by Section A.5 of the General Permit.*

Following is a list of the significant materials found throughout the facility. It contains raw materials, intermediate products, production materials, recycled materials, and waste materials.

| Material Name | Storage Location | Receiving and Shipping Location | Handling Location | Storage Quantity (Maximum) | Frequency (Amount Per Month or Year Bought and Disposed of) |
|---|---|---|---|---|---|
| Diesel | Above Ground Tank No. of Gate | Above Ground Tank No. of Gate | above ground tank | 10,000 Gallons | 520,000 Gallons per year |
| Motor Oil | Metal shed west of repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | 55 Gallons | 800 Gallons per year |
| Hydraulic Oil | Metal shed west of repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | 55 Gallons | 800 Gallons per year |
| Coolant | Metal shed west of repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | Buy as needed | 480 Gallons per year |
| Waste Coolant | Metal shed west of repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | 20 Gallons | 480 Gallons per year |
| Waste Oil | Metal shed west of repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | 50 Gallons | 800 Gallons per year |
| Paints | Metal shed west of repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | 50 spray cans | 300 Spray cans per year |
| Solvents | Metal shed west of repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | 55 Gallons | 400 Gallons per year |
| Absorbents | Metal shed west of repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | 30 Pound bag | 400 Pounds per year |
| Used Absorbents | Metal shed west of repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | 30 Pounds | 400 Pounds per year |
| Lubricants | Metal shed west of repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | 30 Pound drum | 360 Pounds per year |

**RELIABLE WHOLESALE LUMBER, INC.**

| Material Name | Storage Location | Receiving and Shipping Location | Handling Location | Storage Quantity (Maximum) | Frequency (Amount Per Month or Year Bought and Disposed of) |
|---|---|---|---|---|---|
| Batteries | Repair shop | Repair shop, front of shop in berm & in shed | Repair shop, front of shop in berm & in shed | 5 Batteries | 40 Batteries per year |
| Tires | Repair shop | Repair shop, front of shop in berm, on racks | Repair shop, front of shop in berm, on racks | 30 Tires | 500 Tires per year |
| Scrap Metal | Inshop and removed weekly | Repair shop, front of shop on pallets, skids | Repair shop, front of shop on pallets, skids | 50 Pounds | 200 Pounds per year |
| Lumber, borate treated | In row of wood on west side of yard | In row of wood on west side of yard. | In row of wood on west side of yard, in loading areas | 300,000 Pounds | 4,000,000 pounds per year |
| Lumber, untreated | Throughout the yard, on skids, plastic covered | Throughout the yard, on skids | Throughout the yard, on skids | 7 Million pounds | 84,000,000 pounds per year |
| Waste lumber | Roll-off trash bin | Roll-off trash bin on west side of yard. | From all mill areas and Roll-off trash bin | 40 Cubic yards | 2,880 Cubic yards per year |
| Sawdust | Roll-off trash bin | Roll-off trash bin on west side of yard. | From all mill areas and Roll-off trash bin | 80 Cubic yards | 5,600 Cubic yards per year |

## SIGNIFICANT SPILLS AND LEAKS

*This section required by Section A.6.a.iv of the General Permit.*

No significant spills or leaks have occurred.

## NON-STRUCTURAL CONTROLS

The general permit has outlined the following non-structural controls that are to be integrated into the Best Management Practices of the business. Riverside has and will continue to follow and refine the following:

## MINIMUM BMP'S

**Good Housekeeping**
**Preventative Maintenance**
**Spill Prevention and Response**
**Material Handling and Storage**
**Erosion and Sediment Controls**
**Employee Training Program**
**Quality Assurance and Record Keeping**

## Advanced BMP's

**Milling Operations**
**Sawdust Collection**
**Downspout Filters**
**Diesel Storage Tank**

Level 1 status after the 2015-16 season in the areas of zinc and COD required additional efforts to bring those areas down to meet benchmarks stipulated in the General Permit. In addition to the efforts of housekeeping, berms and the use of booms around the property, Reliable is now using a vacuum truck company to clean surfaces on a regular basis. This is listed under Housekeeping in the Minimal BMP Section.

**Vacuum Truck Sweeping Operation**

# HOUSEKEEPING

This General Permit (Section X.H.1.a) seeks to define "clean and orderly" by specifying a required set of nine (9) minimum good housekeeping BMPs, which include: observations of outdoor/exposed areas, BMPs for controlling material tracking, BMPs for dust generated from industrial materials or activities, BMPs for rinse/wash water activities, covering stored industrial materials/waste, containing all stored non-solid industrial materials, preventing discharge of rinse/wash waters/industrial materials, prevent non-industrial area discharges from contact with industrial areas of the facility, and prevent authorized NSWDs from nonindustrial areas from contact with industrial areas of the facility.

## INSIDE HOUSEKEEPING: CLEANING INSIDE OFFICE AND WORK BUILDINGS

- Verification will be made, during a quarterly inspection that the inside housekeeping practices prevent supplies, cleaning water and cleaning related pollutants from getting onto areas affected by rainwater. (For example: Be sure that no one is dumping the mop water, etc. outside.)

- Verify by quarterly inspections that the Best Management Practices are being implemented to prevent pollutants from getting onto areas affected by rainwater.

## OUTSIDE HOUSEKEEPING: CLEANING OUTDOORS

- Trash, debris and residues will be removed from open areas on a daily schedule. Non-oily, non-toxic trash will be placed in covered dumpsters. Hazardous and/or toxic materials will be placed in covered hazardous waste containers and disposed of by a licensed hazardous waste company.

- Bermed areas will be cleaned when fluids or dirt is present and when hazardous materials are picked up.

- Prior to the rainy season clean, organize and store materials off the surfaces on pallets or racks and provide covers for rusty, oily, greasy and dirty.

- Remove trash, absorbents and debris from outdoor surfaces prior to the rainy season.

- Waste materials with oil, grease, vehicle fluids, chemicals, resins, harmful materials, and other obvious pollutants will be disposed with the hazardous waste.

- <u>The use of faucet water to clean asphalt or concrete surfaces will be eliminated.</u>

- Surfaces of the yard will be inspected daily and if dirty will be cleaned of parts, dirt, debris, fluids and other materials.

- The yard will be cleaned monthly using aqueous solvent.

- The yard will be thoroughly cleaned of parts, dirt, absorbent, fluids, trash and debris (Clean all edges and corners, under and behind things) on a monthly basis.

- Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations.

- Quarterly inspections of the yard will be made and recorded in the storm water records section. These inspections will be done to formally verify that the BMPs are being regularly implemented and to determine what needed cleaning and organizing activities might be needed.

## SPECIFIC HOUSEKEEPING BMPS FROM SECTION 4

MILLING OPERATIONS HOUSEKEEPING BMPS:

- The area and operation will be supervised daily.
- Surfaces will be inspected daily and cleaned as needed of sawdust, chips, dirt, debris, fluids & other waste materials.
- Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a weekly basis and prior to each storm event.

SAWDUST COLLECTION HOUSEKEEPING BMPS:

- Surfaces will be inspected daily and cleaned as needed of sawdust, chips, dirt, debris, fluids & other waste materials.
- Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a weekly basis and prior to each storm event.

LUMBER STORAGE HOUSEKEEPING BMPS:

- Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a monthly basis and prior to each storm event.
- The area and operation will be supervised daily.
- Areas around and under stored equipment will be kept free of fluids, dust, particles (dirt) and trash.

VEHICLE REPAIR HOUSEKEEPING BMPS:

- The surfaces will be cleaned monthly using aqueous solvent.
- The area and operation will be supervised daily.
- Surfaces will be inspected daily and cleaned as needed of parts, dirt, debris, fluids & other waste materials.
- The area will be thoroughly cleaned (clean all edges and corners, under and behind things) of parts, dirt, absorbent, fluids, trash and debris monthly.

NEW FLUIDS & HAZARDOUS WASTE FLUIDS HOUSEKEEPING BMPS:

- The surfaces will be cleaned monthly using aqueous solvent.
- Surfaces will be inspected daily and cleaned as needed of parts, dirt, debris, fluids & other waste materials.
- The area will be thoroughly cleaned (clean all edges and corners, under and behind things) of parts, dirt, absorbent, fluids, trash and debris weekly.

- Surfaces will be inspected daily and cleaned as needed of fluids, dirt, debris, and other waste materials.
- The area will be thoroughly cleaned (including cleaning all edges and corners, under and behind things) of absorbents, trash, debris, fluids, unusable and waste materials on a regularly basis.

TRUCK PARKING & REPAIR HOUSEKEEPING BMPS:

- Surfaces where trucks are parked will be monitored daily and cleaned as necessary.
- If trucks are leaking, pans will be placed under leak until it can be repaired.
- The area and operation will be supervised daily.
- Surfaces will be inspected daily and cleaned as needed of parts, dirt, debris, fluids and other waste materials.
- The area will be thoroughly cleaned (clean all edges and corners, under and behind things) of parts, dirt, absorbent, fluids, trash and debris quarterly.
- Vehicle fluid residues will be removed in truck and forklift parking areas, by use of aqueous solvents, a power washer, diking the storm channel, and disposing of in the clarifier.

TRUCK WASHING HOUSEKEEPING BMPS:

- The area on which washing is done will be cleaned at the end of the washing process.
- Trash and debris will be removed each day.
- The area and operation will be supervised daily.
- Surfaces will be inspected daily and cleaned as needed of parts, dirt, debris, fluids & other waste materials.
- Vehicle fluid residues will be removed by use of aqueous solvent, soaked up by absorbents, and disposed of in labeled drums per HAZMAT regulations.
- The area will be thoroughly cleaned (including cleaning all edges and corners, under and behind things) of parts, dirt, absorbent, fluids, trash, debris and fluids monthly.

TIRE STORAGE HOUSEKEEPING BMPS:

- The area and operation will be inspected and supervised daily.
- Areas around and under stored equipment will be kept free of fluids, dust, particles (dirt) and trash.
- Tire storage areas will be kept organized to facilitate housekeeping.
- Surfaces will be inspected daily and cleaned as needed of parts, dirt, debris, fluids and other waste materials.
- Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a monthly basis and prior to each storm event.

DISUSED EQUIPMENT AND SALVAGE MATERIALS HOUSEKEEPING BMPS:

- Areas around and under stored equipment will be kept free of fluids, dust, particles (dirt) and trash.

- When equipment is removed, exposed surfaces will be cleaned thoroughly.

- Surfaces will be inspected daily and cleaned as needed of parts, dirt, debris, fluids and other waste materials.

- Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a monthly basis and prior to each storm event.

GENERAL TRASH DISPOSAL HOUSEKEEPING BMPS:

- The area around the trash dumpster will be swept when it is emptied.

- Surfaces will be inspected daily and cleaned as needed of parts, dirt, debris, fluids and other waste materials.

- Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a monthly basis and prior to each storm event.

LOADING & UNLOADING HOUSEKEEPING BMPS:

- Surfaces will be monitored regularly and cleaned as necessary.

- Surfaces will be inspected daily and cleaned as needed of parts, dirt, debris, fluids and other waste materials.

- Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a monthly basis and prior to each storm event.

FORKLIFTS & OTHER MOVING EQUIPMENT HOUSEKEEPING BMPS:

- Vehicle fluid residues will be removed in truck and forklift parking areas, by use of aqueous solvents, a power washer, diking the storm channel, and disposing of in the clarifier.

- Surfaces will be inspected daily and cleaned as needed of parts, dirt, debris, fluids and other waste materials.

- Surfaces where forklifts and other equipment are parked will be monitored daily and cleaned as necessary.

- Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a monthly basis and prior to each storm event.

AIR COMPRESSORS HOUSEKEEPING BMPS:

- Oil leaks on surfaces will be cleaned by using absorbents that will be swept up and removed in one hour. The soiled absorbents will be placed in drums for disposal per HAZMAT and solid waste regulations.

- Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a monthly basis and prior to each storm event.

- Trash and other debris that accumulates on the parking area will be cleaned and swept on a routine basis.

- Any vehicle fluids found on the parking area will be cleaned up right away.

- Surfaces will be inspected daily and cleaned as needed of parts, dirt, debris, fluids and other waste materials.

- Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a monthly basis and prior to each storm event.

VACUUM TRUCK HOUSEKEEPING BMPS:

Surfaces will be cleaned thoroughly using the services of a professional vacuum truck company on a basis to be determined  as research of effectiveness demonstrates and prior to storm events.

# PREVENTIVE MAINTENANCE PROGRAM

This General Permit (Section X.H.1.b) incorporates this concept by requiring four (4) nonstructural BMPs which include: identification and inspection of equipment, observations of potential leaks in identified equipment, an equipment maintenance schedule, and equipment maintenance procedures.

## SPECIFIC PREVENTIVE MAINTENANCE BMPS FROM SECTION 4

MILLING OPERATIONS PREVENTIVE MAINTENANCE BMPS:

- Preventive maintenance on the mill equipment will be done on a routine basis and inspections of machinery operation will be performed daily.

SAWDUST COLLECTION PREVENTIVE MAINTENANCE BMPS:

- Preventive maintenance on the dust collection equipment will be done on a routine basis and inspections of machinery operation will be performed daily.

LUMBER STORAGE PREVENTIVE MAINTENANCE BMPS:

- Preventive maintenance on the storage equipment will be done on a routine basis and inspections of machinery operation will be performed daily.

VEHICLE REPAIR PREVENTIVE MAINTENANCE BMPS:

- Preventive maintenance on the maintenance equipment will be done on a routine basis and inspections of machinery operation will be performed daily.

NEW FLUIDS & HAZARDOUS WASTE FLUIDS PREVENTIVE MAINTENANCE BMPS:

- Preventive maintenance will be conducted on a routine basis; inspections of machinery operation will be performed daily and records kept.

DIESEL FUEL STORAGE & HANDLING PREVENTIVE MAINTENANCE BMPS:

- Preventive maintenance will be conducted on a daily basis. Inspections of machinery operation will be performed daily.

TRUCK PARKING & REPAIR PREVENTIVE MAINTENANCE BMPS:

- Trucks will be inspected daily and serviced on a regular schedule by in-house maintenance staff and/or outside contractor.

- Fluid levels will be checked often.

- If fresh fluid residues are observed on surfaces where the trucks are parked, the truck in question will be inspected and repaired as necessary.

- Trucks will be brought to the repair shop for service. Small items will be worked upon inside the shop and large items will be serviced on concrete pad.

- Forklifts and other equipment will be inspected weekly and serviced on a regular schedule by in-house maintenance staff and/or outside contractor.

- Fluid levels will be checked often.

- If fresh fluid residues are observed on surfaces where the equipment is parked, the forklift will be inspected and repaired as necessary.

AIR COMPRESSORS PREVENTIVE MAINTENANCE BMPS:

- The compressors will remain on the company's preventive maintenance schedule.

- The air compressors will be serviced by qualified in-house staff and/or an outside contractor.

- The air compressors will be monitored weekly for leaks. If leaks are observed, repairs will be made.

# SPILL RESPONSE AND PREVENTION

This General Permit (Section X.H.1.c) requires implementation of four (4) BMPs to address spills. These BMPs include: developing a set of spill response procedures to minimize spills/leaks, develop procedures to minimize the discharge of industrial materials generated through spill/leaks, identifying/describing the equipment needed and where it will be located at the facility, and identify/training appropriate spill response personnel.

- Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations.

- Spill kits with absorbent, shovels and a used absorbent drum with lids will be provided for the diesel dispense and repair shop areas.

- Employees will be instructed to clean splashes, spills and drips immediately and dispose of absorbents, rags, and waste solvents per HAZMAT regulations.

## <u>SPECIFIC SPILL RESPONSE BMPS FROM SECTION 4</u>

<u>MILLING OPERATIONS SPILL RESPONSE BMPS:</u>

- Employees will be trained to immediately clean up any spills of fluids or materials.

- Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations.

<u>SAWDUST COLLECTION SPILL RESPONSE BMPS:</u>

- Employees will be trained to immediately clean up any spills of fluids or materials.

- Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations.

<u>LUMBER STORAGE SPILL RESPONSE BMPS:</u>

- Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations.

<u>VEHICLE REPAIR SPILL RESPONSE BMPS:</u>

- A spill response plan will be in effect for the garage.

- Spill kits will be positioned near the repair shop.

- Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations.

NEW FLUIDS & HAZARDOUS WASTE FLUIDS SPILL RESPONSE BMPS:

- Spill kits will be positioned near the diesel dispenser and new fluids and Hazardous waste fluids storage area.

- Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations.

DIESEL FUEL STORAGE & HANDLING SPILL RESPONSE BMPS:

- Spill kits will be positioned near the diesel dispenser and new fluids and Hazardous waste fluids storage area.

- Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations.

TRUCK PARKING & REPAIR SPILL RESPONSE BMPS:

- Absorbents will be immediately used for accidental spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations.

# MATERIAL HANDLING AND STORAGE

This General Permit (Section X.H.1.d) requires companies to implement six (6) general BMPs that address material handling and waste management.  These BMPs include: preventing or minimizing handling of waste or materials during a storm event that could potentially result in a discharge, containing industrial materials susceptible to being dispersed by the wind, covering industrial waste disposal containers when not in use to contain industrial materials, diversion of run-on and storm water generated from within the facility away from all stock piled materials, cleaning and managing spills of such wastes or materials (in accordance with Section X.H.1.e of this General Permit), and conducting observations of outdoor areas and equipment that may come into contact with such materials or waste and become contaminated.

- Employees designated to load and unload materials will be appropriately trained in the use of forklifts and material handling and storage practices.

- Materials with pollutants will not be left outdoors or uncovered during rain events.

- If materials need to be kept outside, they will be stored out of storm water flow and will be organized onto pallets or racks and off the yard surface.  Materials will be covered prior to rain events or when they are not being used.

- Best management practices will be used when transferring materials from their containers to the industrial process to prevent or control them from becoming pollutants.

# EROSION CONTROL AND SITE STABILIZATION

This General Permit (Section X.H.1.e) requires the implementation of (5) BMPs to prevent erosion and sediment discharges.   The erosion and sediment control BMPs include: implementing effective wind erosion controls, providing for effective stabilization of erodible areas prior to a forecasted storm event, site entrance stabilization/prevent material tracking off-site and implement perimeter controls, diversion of run-on and storm water generated from within the facility away from all erodible materials, and ensuring compliance with the design storm standards in Section X.H.6.


**Site does not have areas that have potential erosion or sediment loss issues.  One area that has dirt surface is completely contained and/or landscaped to prevent erosion.**

# EMPLOYEE TRAINING PROGRAMS

This General Permit (Section X.D.1 and X.H.1.f) requires a facility to establish a Pollution Prevention Team (team members, collectively) responsible for implementing permit requirements such as the SWPPP, monitoring requirements, or BMPs.  The five (5) minimum training BMPs include: ensuring that all team members are properly trained, preparing the proper training materials and manuals, identifying which individuals needs to be trained, providing a training schedule, and maintaining documentation on the training courses and which individuals received the training.

- The SWPPP will be the updated training manual as required by the Storm Water Permit. Addition materials may be provided at the discretion of the trainer.
- Training for implementation of the SWPPP will be conducted once a quarter.
- Training will include information on general permit content, Best Management Practices, Housekeeping activities, Preventive maintenance activities, and general Monitoring Program information.
- Training in BMPs for specific Industrial Activity Areas will be delivered to supervisors who work in those specific areas, who will further communicate training to employees.
- When new employees are hired, they will be specifically informed about the need to prevent pollution of storm water.
- Management will review the training program(s) to verify that programs are up to date and that the training programs are being implemented.
- The management will verify that records are kept of all training programs--content, date, attendants, etc.
- Records of training sessions will be kept. Records will include the topics covered, date and a list and signatures of all employees attending the sessions.
- The SWPPP and records of training will be kept in the sales office.

## SPECIFIC EMPLOYEE TRAINING BMPS

MILLING OPERATIONS EMPLOYEE TRAINING BMPS:

- Employees will be trained to avoid tracking pollutants outside of the covered areas.

SAWDUST COLLECTION EMPLOYEE TRAINING BMPS:

- Employees will be trained to avoid tracking pollutants outside of the covered areas.

VEHICLE REPAIR EMPLOYEE TRAINING BMPS:

- Employees and outside contractors will be instructed on proper handling and disposal of waste fluids and parts.
- Employees will be trained in vehicle maintenance.

NEW FLUIDS & HAZARDOUS WASTE FLUIDS EMPLOYEE TRAINING BMPS:

- Employees will be trained to follow the Spill Response and Prevention Plans.

- Employees will be trained proper methods of storage, handling and disposal of hazardous materials.

DIESEL FUEL STORAGE & HANDLING EMPLOYEE TRAINING BMPS:

- Employees are trained in proper handling procedures regarding the use of the fuel pump.

ZINC FILTER USE AND MAINTENANCE EMPLOYEE TRAINING BMPS:

- Employees are trained in proper handling procedures regarding the maintenance of the Zinc filters and related gutters.
- Employees will be trained in the proper handling and maintenance of the drains at site discharge points.

TRUCK PARKING & REPAIR EMPLOYEE TRAINING BMPS:

- Employees will be trained and licensed in the proper use and operation of the trucks.

GENERAL TRASH DISPOSAL EMPLOYEE TRAINING BMPS:

- Employees will be trained to place only non-hazardous trash in the general-purpose dumpsters.
- Employees will be trained that trash determined to be hazardous or toxic will be will be disposed as hazardous waste.

LOADING & UNLOADING EMPLOYEE TRAINING BMPS:

- Employees dealing with materials being loaded will be trained to avoid spilling materials to surfaces.
- Employees will be supervised on a regular basis.
- Loading and unloading will be scheduled and conducted during the day when it can be supervised.

FORKLIFTS & OTHER MOVING EQUIPMENT EMPLOYEE TRAINING BMPS:

- Employees will be trained on the proper use and operation of the equipment.

AIR COMPRESSORS EMPLOYEE TRAINING BMPS:

- Employees will be trained in the safe and proper operation of production equipment and machinery.

VISITOR & EMPLOYEE PARKING EMPLOYEE TRAINING BMPS:

- Employees will be trained to prevent customers from working on their vehicles on the facility property.

## 1.1  QUALITY ASSURANCE AND RECORD KEEPING

This General Permit (Section X.H.1.g) includes quality assurance and record keeping as a minimum BMP and requires companies to implement three (3) general BMPs.  These BMPs include: developing and implementing procedures to ensure that all elements of the SWPPP are implemented, develop a method of tracking and recording the implementation of all BMPs identified in the SWPPP, and a requirement to keep and maintain those records.  This ensures that management procedures are designed and permit requirements are implemented by appropriate staff.

- Pollution Prevention Management will be overseen by a designated manager and other designated employees who will inspect operations in their area and report problems to the coordinator of the Team.

- Reliable will maintain a monthly, quarterly and annual monitoring program including required water samples activities.

- The Monitoring and Record Keeping Programs are included in this SWPPP.

- A Comprehensive Annual Evaluation will be completed each year to determine the effectiveness of the pollution prevention activities.  This requires an inspection of the facility to ensure: (1) the SWPPP site map is up to date, (2) control of all potential pollutant sources is included in the SWPPP, and (3) sampling data and visual observation records are used to evaluate if the proper BMPs are being implemented.  As Dischargers are required to conduct monthly visual observation that partially overlap with the actions required by the annual evaluation requirements, Dischargers may perform the annual evaluation inspection concurrent with a monthly visual observation.

- Annual Reports will be submitted prior to July 1 of each year using the SMARTS system.

- Records will be kept on-site in hard copy or electronic form for 5 years.

# ADVANCED BMP'S

## MILLING OPERATIONS

Milling operations are conducted under open-sided covered areas. The primary work area is inside the high roofed "Mill Building." The other milling operations are conducted in several smaller covered workstations. All milling operations are connected to a sawdust collection system.

- **Sawdust may be tracked or blown outside of the covered milling areas.**
- **Rain blowing into open-sided structures can carry sawdust outside and into discharges.**
- **Leaks from sawdust collection equipment can leave sawdust on surfaces exposed to storm water.**

It is impossible to collect all sawdust and wood particles. Without intensive attention to housekeeping, wood particles will be blown and tracked throughout areas exposed to rain water. Daily housekeeping and preventive maintenance procedures reduce the potential for material exposure.

- **If milling equipment is not properly maintained, or used parts and waste fluids are mishandled, there is a potential for oil and equipment fluids to get onto rain exposed surfaces.**

Milling is performed by mill employees and equipment is serviced by maintenance employees.

### EXISTING BMPS

Surfaces of the milling areas are paved with asphalt. (SC)

Employees will be trained to avoid tracking pollutants outside of the covered areas. (ET)

Employees will be trained to immediately clean up any spills of fluids or materials. (SR)

There will be walls on one side of all buildings to reduce wind blown sawdust. (SC)

Some outdoor saws have been designed to contain all sawdust. (SC)

Preventive maintenance on the mill equipment will be done on a routine basis and inspections of machinery operation will be performed daily. (PM)

Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations. (SR)

The area and operation will be supervised daily. (HK)

Surfaces will be inspected daily and cleaned as needed of sawdust, chips, dirt, debris, fluids & other waste materials. (HK)

# DOWNSPOUT FILTER CONTROLS

Historically, one of the greatest challenges the company has faced is the control of zinc as a pollutant. Over the years, several controls have been implemented which have reduced the zinc load significantly but not to the point of compliance. Sample tests of the zinc off the metal roofs have indicated this is the primary issue for reaching compliant levels. Currently, the company is installing and testing downspout filtering systems (2017).

- **Zinc from the roofs is preventing the company for being in compliance with the General Permit.**

Installation and maintenance will be performed by management and employees.

The selected downspout filters are a proven design developed and tested at the Port of Vancouver in Washington State. See diagram below.

Down-shoot pipes will be studied as research has shown this may be the greatest factor in the zinc washoff of metal roofing systems.

## EXISTING BMPS

Downspout filters will be installed on all existing downspouts. (SC)

Existing gutters will be repaired as needed. (SC)

Sampling research will continue to assess the level of success of the intervention, this includes the following:

> *Research on flow rates of water off roof into each filter*
>
> *The flow-through rate and the ability of the filter to cycle through the water effectively.*
>
> *Success of filter mediums in allowing flow-through to meet flows off roof.*
>
> *The success of filter mediums in reducing zinc pollutants to meet benchmarks*
>
> *Exchange of mediums if needed to include other mediums such as Zeolite, and Core (gorilla hair) materials if flow or filtering enhancement is needed.*

Staff will be trained in the care, maintenance and testing of the filters. (ST)

Surfaces around filters will be inspected and cleaned as needed of sawdust, chips, dirt, debris, fluids & other waste materials. (HK)



temperatures and feed the roots with moisture.

Downspout

Larger Stones
under Downspout
for Splash Guard

Organic Native Plants

Bark Mulch

Engineered Fully
Composted Filter Soil

Filter
Spring-Screens

Pea Gravel

Medium Drainage Rocks

Drainage Pipe

Used Food-Grade
Chemical Tote

**Gullywasher™**
STORM WATER MANAGEMENT &
EROSION CONTROL PRODUCTS
206.799.3296
jeff@gullywasher.com

# SAWDUST COLLECTION

Sawdust is collected from the various covered milling operations into two 40 yard sealed containers located under cover. The blower and conveyance system for carrying saw dust and chips is outdoors. It is designed to keep dust and particulates inside the system. Although most sawdust is collected, some is left in the milling areas and some leaks from the system. When the collected chips and sawdust are emptied into trucks or bags, chips and dust are released. The system is serviced by maintenance employees

**Sawdust and chips not collected by the system will be left on surfaces.**

**If there are leaks in the system, some dust and chips may escape.**

**Poorly maintained equipment can leak lubricants and other fluids to surfaces where it may be exposed to storm water, or tracked to exposed surfaces.**

## EXISTING BMPS

The bag house dust collector is located in an enclosed building to contain sawdust. (SC)

The collected sawdust is dispensed into two sealed 40-yard metal containers and stored near bag house. (SC)

The sawdust is removed from facility by vendor that recycles the materials. (WH)

Operational surfaces and surfaces under/around the sawdust storage roll-off will be paved with asphalt. (SC)

The sawdust storage roll-off will be stored under cover. (SC)

Much of the collection equipment will be under cover. (SC)

Employees will be trained to avoid tracking pollutants outside of the covered areas. (ET)

Employees will be trained to immediately clean up any spills of fluids or materials. (SR)

Preventive maintenance on the dust collection equipment will be done on a routine basis and inspections of machinery operation will be performed daily. (PM)

Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations. (SR)

Surfaces will be inspected daily and cleaned as needed of sawdust, chips, dirt, debris, fluids & other waste materials. (HK)

Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a weekly basis and prior to each storm event. (HK)

## DIESEL FUEL STORAGE & HANDLING

Diesel fuel for trucks and forklifts is stored in a state-of-the-art double walled above ground storage tank. Although there is no potential for leaks or spills from the tank, there is some potential for spills when the tank is being filled, or when vehicles are being fueled.

- **Mishandling of the pump or of filling equipment can result in spillage.**

The areas around the above ground tank's filling pipe and the fuel pumps for filling vehicle tanks are not covered or bermed. Employees and truck drivers who fill the above ground tank are instructed on how to avoid spills and how to clean spills when the occur. The spill prevention program and cleaning procedures are covered in the Hazardous Materials Business Plan on file at Reliable and with the fire department.

The area where trucks and forklifts are parked when being filled is not covered or bermed. If spills or leaks occur the diesel fuel will evaporate leaving a film on surfaces, or will flow into storm water. Also, vehicle radiators are checked and filled when being fueled. Hoses which are running or leaking, or radiators which overflow, will wash contaminates onto surfaces exposed to storm water directly, or onto areas where it can subsequently be carried from the facility.

Fuel is generally pumped by drivers. Fuel is delivered and unloaded by an outside vendor.

## EXISTING BMPS

Fuel is stored in a fully regulation compliant above ground storage tank. (SC)

Employees are trained in proper handling procedures regarding the use of the fuel pump. (ET)

Spill kits will be positioned near the diesel dispenser and new fluids and Hazardous waste fluids storage area. (SR)

The fuel delivery service that fills the above ground storage tanks is licensed and qualified to do so. (VN)

Fueling area surfaces are paved. (SC)

The vendor's delivery employees are fully trained and competent to safely deliver diesel fuel into the above ground storage tank. (OT)

Surfaces will be inspected daily and cleaned as needed of fluids, dirt, debris, and other waste materials. (HK)

Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations. (SR)

The area will be thoroughly cleaned (including cleaning all edges and corners, under and behind things) of absorbents, trash, debris, fluids, unusable and waste materials on a regularly basis. (HK)

Preventive maintenance will be conducted on a daily basis. Inspections of machinery operation will be performed daily. (PM)

**BMP SUMMARY TABLE BY AREA/ACTIVITY**

| Area | Activity | Pollutant Source | Pollutants | Best Management Practices |
|---|---|---|---|---|
| **Mill Building;** open-sided covered areas | Milling operations | Sawdust may be tracked or blown outside of the covered milling areas.<br><br>Rain blowing into open-sided structures can carry sawdust outside and into discharges.<br><br>Leaks from sawdust collection equipment can leave sawdust on surfaces exposed to storm water.<br><br>If milling equipment is not properly maintained, or used parts and waste fluids are mishandled, there is a potential for oil and equipment fluids to get onto rain exposed surfaces. | Sawdust, lubricants | **EXISTING BMPS**<br><br>Surfaces of the milling areas are paved with asphalt. (SC)<br><br>Employees will be trained to avoid tracking pollutants outside of the covered areas. (ET)<br><br>Employees will be trained to immediately clean up any spills of fluids or materials. (SR)<br><br>There will be walls on one side of all buildings to reduce wind blown sawdust. (SC)<br><br>Some outdoor saws have been designed to contain all sawdust. (SC)<br><br>Preventive maintenance on the mill equipment will be done on a routine basis and inspections of machinery operation will be performed daily. (PM)<br><br>Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations. (SR)<br><br>The area and operation will be supervised daily. (HK)<br><br>Surfaces will be inspected daily and cleaned as needed of sawdust, chips, dirt, debris, fluids & other waste materials. (HK)<br><br>Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a weekly basis and prior to each storm event. (HK) |
| Area | Activity | Pollutant Source | Pollutants | Best Management Practices |
| Under cover | Sawdust collection | Sawdust and chips not collected by the system will be left on surfaces.<br><br>If there are leaks in the system, some dust and chips may escape.<br><br>Poorly maintained equipment can leak lubricants and other fluids to surfaces where it may be exposed to storm water, or tracked to exposed surfaces. | Sawdust, lubricants | **EXISTING BMPS**<br><br>The bag house dust collector is located in an enclosed building to contain sawdust. (SC)<br><br>The collected sawdust is dispensed into two sealed 40-yard metal containers and stored near bag house. (SC)<br><br>The sawdust is removed from facility by vendor that recycles the materials. (WH)<br><br>Operational surfaces and surfaces under/around the sawdust storage roll-off will be paved with asphalt. (SC)<br><br>The sawdust storage roll-off will be stored under cover. (SC)<br><br>Much of the collection equipment will be under cover. (SC)<br><br>Employees will be trained to avoid tracking pollutants outside of the covered areas. (ET)<br><br>Employees will be trained to immediately clean up any spills of fluids or materials. (SR)<br><br>Preventive maintenance on the dust collection equipment will be done on a routine basis and inspections of machinery operation will be performed daily. (PM)<br><br>Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations. (SR)<br><br>Surfaces will be inspected daily and cleaned as needed of sawdust, chips, dirt, debris, fluids & other waste materials. (HK)<br><br>Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a weekly basis and prior to each storm event. (HK) |

| Area | Activity | Pollutant Source | Pollutants | Best Management Practices |
|---|---|---|---|---|
| **Lumber yard** | Lumber storage | Debris and dust around stored lumber can be washed into storm water flow.<br><br>If lumber is treated with fire- or rot-retardant chemicals, there is some potential they may leach into storm water. | Debris, dust, treatment chemicals | **EXISTING BMPS**<br><br>Surfaces of the yard are paved with asphalt. (SC)<br>Lumber is stored on racks or skids. (SC)<br>Some lumber is covered with tarps. (SC)<br>Treated lumber uses ecologically friendly borate as a preservative. (OP)<br>Treated lumber is wrapped in plastic. (SC)<br>Surfaces will be cleaned thoroughly (clean edges, corners, under and behind things) on a monthly basis and prior to each storm event. (HK)<br>Preventive maintenance on the storage equipment will be done on a routine basis and inspections of machinery operation will be performed daily. (PM)<br>Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations. (SR)<br>The area and operation will be supervised daily. (HK)<br>Rusty iron and steel and corroded aluminum materials exposed to rain water will be placed under cover, painted or covered with tarps or plastic when it rains. (SC)<br>Areas around and under stored equipment will be kept free of fluids, dust, particles (dirt) and trash. (HK) |
| Area | Activity | Pollutant Source | Pollutants | Best Management Practices |
| | | | | |
| Area | Activity | Pollutant Source | Pollutants | Best Management Practices |
| **Fueling area** | Diesel fuel storage & handling | Mishandling of the pump or of filling equipment can result in spillage. | Diesel fuel | **EXISTING BMPS**<br><br>Fuel is stored in a fully regulation compliant above ground storage tank.<br>Employees are trained in proper handling procedures regarding the use of the fuel pump. (ET)<br>Spill kits will be positioned near the diesel dispenser and new fluids and Hazardous waste fluids storage area. (SR)<br>The fuel delivery service that fills the above ground storage tanks is licensed and qualified to do so. (VN)<br>Fueling area surfaces are paved. (SC)<br>The vendor's delivery employees are fully trained and competent to safely deliver diesel fuel into the above ground storage tank. (OT)<br>Surfaces will be inspected daily and cleaned as needed of fluids, dirt, debris, and other waste materials. (HK)<br>Absorbents will be immediately used for spills and leaks of fluids. They will be used, swept in, picked up in one hour and disposed of in labeled HAZMAT drums that will be stored and dispose of per HAZMAT Regulations. (SR)<br>The area will be thoroughly cleaned (including cleaning all edges and corners, under and behind things) of absorbents, trash, debris, fluids, unusable and waste materials on a regularly basis. (HK)<br>Preventive maintenance will be conducted on a daily basis. Inspections of machinery operation will be performed daily. (PM) |

# SECTION B:  STANDARD TESTS

Four standard tests form the foundation of the Storm Water Permit laboratory analysis of water discharges from industrial sites.

Standard Tests For All Facilities

- pH
- Total Suspended Solids
- Oil & Grease

# SECTION C:  ADDITIONAL TESTS

Facility operator is required to select additional site specific sample parameters based on the types of materials that are exposed and can be mobilized by contact with storm water.

Facility operators are required to identify pollutants that may discharge to storm water in significant quantities, regardless of the degree of storm water contact or relative mobility. These potential pollutants should be found in the Significant Materials List.

Due to the site specific conditions, operations and materials at this facility and Los Angeles Regional Water Quality Control Board testing requirements, it has been determined that this facility must test for:

- Chemical Oxygen Demand
- zinc
- Total Petroleum Hydrocarbons as Diesel

Bottles, preservation TECHNIQUES & Analytical Procedures

| ID | Parameter | Container | Sample Volume (ml) | Preservative | Maximum. Holding Time | Test Unit | Bench-mark Levels |
|----|-----------|-----------|--------------------|--------------|-----------------------|-----------|-------------------|
| Standard Tests | | | | | | | |
| pH | pH | None | N/A | Analyze Immediately in Field | N/A | pH | 6.0 – 9.0 |
| O&G | Oil and Grease | Glass (Teflon lined cap) | 100 | Cool to 4º C, H2SO4 or HCL to pH < 2 | 28 Days | mg/l | 15.0 |
| TSS | Total Suspended Solids | Polyethylene or Glass | 1000 | Cool to 4º C | 7 Days | mg/l | 100.0 |
| Additional Tests | | | | | | | |
| COD | Chemical Oxygen Demand | Polyethylene or Glass | 100 | Cool to 4º C, H2SO4 or HCL to pH < 2 | 28 Days | mg/l | 120.0 |
| TPHD | Total Petroleum Hydrocarbon – Diesel | Glass (amber) | 1000 | Cool to 4º C, H2SO4 or HCl to pH < 2 | 28 Days | mg/l | ———— |

# THE STORM WATER MONITORING PROGRAM

As part of storm water permit compliance, permit holders are required to monitor the storm water that discharges from their sites to assure that no pollutants are entering the storm water system. This monitoring comes in two forms; visual observations and water sample testing. During the calendar year, all permit holders are required to monitor their storm water programs by completing the following:

>   **Taking 2 water samples during the first half of the storm water season (July-December) and 2 samples in the second half of the season (January -June). Results of sampling must be submitted within 30 days of getting results via the SMARTS system.**
>
>   **Make 1 visual observation monthly for non-storm water discharges (NSWDs).**
>
>   **Complete quarterly Staff Trainings.**
>
>   **Maintain record keeping program.**
>
>   **Complete Annual Comprehensive Site Review.**
>
>   **File Annual Report via SMARTS system by July 1 of each year.**

## SECTION D: STORM WATER VISUAL OBSERVATIONS

The Permit requires all permit holders to take visual observation during each sampled rain event to assure pollutants are not being discharged from your site. These observations need to be made during daylight hours. As part of the visual observation you will need to describe the condition of the waters turbidity, discoloration, odor, floating and suspended materials.

**Turbidity-** is a measure of how clear/cloudy the water is.

**Odors**– What does it smell like? Rotten eggs, gasoline, oil, sewage odors, decaying vegetation, etc.

**Discoloration-** is the description of specific colors observed in the water. Record the color of the water as well as the sheen on top.

**Floating and Suspended Materials-** including: soil, vegetation, and trash, particulates, plastics, oil and grease.

# OVERVIEW: YEARLY MONITORING PROGRAM

The yearly storm water monitoring program is organized around monthly, quarterly, sampling and annual requirements.  The following highlights storm water activities to be completed during the year.

**July –December**
  Get Sample Bottles from Lab
  Complete Monthly Observations for NSWDs
  Complete Quarterly Employee Training Events
  Take 2 samples making visual observation of storm water at that time
  Report Sample Results via the SMARTS with 30 days of getting results

**January – July 1**
  Complete Monthly Observations for NSWDs
  Complete Quarterly Employee Training Events
  Take 2 samples and make visual observation of storm water
  Report Sample Results via the SMARTS with 30 days of getting results
  Complete Annual Site Review
  Complete and Submit Annual Report using SMARTS system.
Keep Yearly Records for 5 years

The record keeping section contains the forms for documenting the monitoring process.  This section is designed to explain how to fill out the forms and is broken down into the time-frames shown above.

# WATER SAMPLING

The area that seems to cause the greatest amount of confusion each year is the completion of the sampling requirement.  **Following are the protocols for sampling under the new permit:**

*Sampling Protocols-  This General Permit requires Dischargers to collect samples during scheduled facility operating hours from each drainage location within four hours of:*



**(1)** the start of the discharge from a QSE occurring during scheduled facility operating hours, or

**(2)** the start of scheduled facility operating hours if the QSE occurred in the previous twelve (12) hours.  The benefits of this sampling protocol:

**(a)** allows a more reasonable amount of time to collect samples,

**(b)** increases the likelihood for samples collected at discharge locations to be representative of the drainage area discharge characteristics,

> **Sampling Kit includes:**
> Brown glass Oil and Grease, plastic  Total Suspended Solids, pH Strips, and Chain of Custody.

**(c)** increases the number of QSEs eligible for sample collection, and

**(d)** reduces the likelihood of Dischargers collecting samples with short-term concentration spikes.

# A Basic Process Overview

The following is an general overview of the process of preparing for rain and sampling.

**Prior to Storm**
> *Watch the weather, if it looks like rain complete a pre-storm site review.*
> *Implement BMPs identified in SWPPP to prevent possible pollutant discharges*

**Once Storm Begins**
> *Assess if the rain qualifies (see above)*
> *If yes, begin sampling procedures (take Containers or buckets out to gather samples at discharge locations)*
> *Fill Containers until they are full*
> *Fill in data on Containers*
> *Fill out Chain of Custody Form*
> *Store sample in refrigerator*
> *Call, send or take sample to Lab as soon as possible (within 24 hours)*

*__Remember to do the visual observation at the same time you are taking the sample__*

# CHAIN OF CUSTODY

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Client | | Reliable Wholesale Lumber | | | System Number | | | | Analysis Requested | | | | | | | | | | | | |
| 2 | Address | | 1450 Citrus St. | | | N/A | | | | | | | | | | | | | | | | |
| 3 | | | Riverside, CA | | | | | | | | | | | | | | | | | | | |
| 4 | Phone # | | (951) 684-0392 | | | | | | | | | | | | | | | | | | | |
| 5 | Fax # | | | | | Destination Laboratory | | | | | | | | | | | | | | | | |
| 6 | Project | | | | | Clinical Laboratory | | | | | | | | | | | | | | | | |
| 7 | | | *Stormwater Analysis* | | | CDHP Compliance | | | | Total Suspended Solids | Oil and Grease | COD | Zinc | Diesel | | | | | | | | |
| 8 | | | | | | Yes | | | | | | | | | | | | | | | | |
| 9 | Sampled by | | | | | ELAP # | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | |
| 11 | Date | Time | Sample Idenitification | | | Matrix | Bottle Number | Total/Free Chlorine | Temp F/C | | | | | | | | | | | | | Comments |
| 12 | | | Storm Water Sample | | | | | | | | X | X | X | X | X | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | | | | | | | | | | |

# SECTION A:  ANNUAL COMPREHENSIVE FACILITY COMPLIANCE EVALUATION

**From the Permit.** The Discharger shall conduct one Annual Evaluation for each reporting year (July 1 to June 30).  If the Discharger conducts an Annual Evaluation fewer than eight (8) months, or more than sixteen (16) months, after it conducts the previous Annual Evaluation, it shall document the justification for doing so. The Discharger shall revise the SWPPP, as appropriate, and implement the revisions within 90 days of the Annual Evaluation.  At a minimum, Annual Evaluations shall consist of:

A. A review of all sampling, visual observation, and inspection records conducted during the previous reporting year;

B. An inspection of all areas of industrial activity and associated potential pollutant sources for evidence of, or the potential for, pollutants entering the storm water conveyance system;

C. An inspection of all drainage areas previously identified as having no exposure to industrial activities and materials in accordance with the definitions in Section XVII;

D. An inspection of equipment needed to implement the BMPs;

E.  An inspection of any BMPs;

F. A review and effectiveness assessment of all BMPs for each area of industrial activity and associated potential pollutant sources to determine if the BMPs are properly designed, implemented, and are effective in reducing and preventing pollutants in industrial storm water discharges and authorized NSWDs; and,

G. An assessment of any other factors needed to comply with the requirements in Section XVI.B

# SECTION E:  QUARTERLY TRAINING FORMS

<u>**Employee Training Certification**</u>                                   **1st Quarter**

> **Date of Employee Training Meeting:**        _____ / _____ / _____

- **SUBJECTS COVERED** (*SELECT ONE OR MORE*) OR DESCRIBE TRAINING:

  Overview of Storm Water and Why it is important
  General Permit Requirements
  Best Management Practices
  Sampling and Observations

| EMPLOYEES WHO RECEIVED TRAINING (print) | EMPLOYEES' SIGNATURES (sign) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**These subjects were covered in conjunction with our Safety meeting.  Records are on file.**

Special Notes:

_____

_____

_____

_____

## Employee Training Certification <span style="float:right">2nd Quarter</span>

**Employee Training Certification**                 **2nd Quarter**

**Date of Employee Training Meeting:**     _____ / _____ / _____

- **SUBJECTS COVERED** (*SELECT ONE OR MORE*) OR DESCRIBE TRAINING:

    Review of Previous Quarter' SW Program
    Issues To Address/Sampling Results

    Other Items _____

| EMPLOYEES WHO RECEIVED TRAINING (print) | EMPLOYEES' SIGNATURES (sign) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**These subjects were covered in conjunction with our Safety meeting.  Records are on file.**

Special Notes:

_____

_____

_____

_____

## Employee Training Certification                    3rd  Quarter

1) **Date of Employee Training Meeting:**        _____ / _____ / _____

- **SUBJECTS COVERED** (*SELECT ONE OR MORE*) OR DESCRIBE TRAINING:

    Review of Program to Date (incl. sampling)
    Review of BMP implementation/effectiveness

    changes or updates to SWPPP or Program

| EMPLOYEES WHO RECEIVED TRAINING (print) | EMPLOYEES' SIGNATURES (sign) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**These subjects were covered in conjunction with our Safety meeting.  Records are on file.**

Special Notes:
_____
_____
_____
_____

# *Rain Log*

This log records rain events during the storm water season from July 1 to June 30. Record each rain event and whether or not it qualified as an observable or sampling event. Qualified storms require 2 days of dry weather prior to the discharge, the discharge began during working hours, and the sample is to be taken in the first hour of the discharge.

| Date | Time Rain Started | Time Discharge Began | Time Observed | Did event qualify? Y or N | Sample Taken? Y or N | Not dry 3 days | Facility Closed | Occurred Outside business hrs | Discharge too little to sample | Signature/Comments |
|------|------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**TRAINING GUIDE**

**Keeping it nice and Simple**

One of the most important things to remember about storm water pollution prevention is that much of it is just plain common sense. In most cases where this issue becomes problematic it is often because we make it so. So, keep in mind that this issue is all about **keeping everything out of our storm water drains, except storm water**.  Remembered, the most effective method of accomplishing this is often the simplest, easiest, and least expensive solution.

# Understanding and Using This Guide

This training guide is designed specifically for all levels of personnel responsible for preventing storm water pollution. Both managers and employees performing their daily work need to be knowledgeable about storm water and compliance issues and the implementation of the company's Storm Water Pollution Prevention Plan. The guide is divided into three sections as each has responsibilities specific to their job and SWPPP duties. They are:

## Section 1: Managers

This section is designed to assist managers in setting policies, delegating responsibilities and in overseeing the implementation of the storm water prevention plan, to monitor it over the year, and keep records required as part of compliance. It will assist managers in the training of all personnel who work in areas where storm water issues arise or affected as well as to instruct their office staff what to do, who may be the first individuals contacted in the case of and inspection.

## Section 2: Employees involved in Activities Associated with Storm Water

For employees working in areas where storm water may be an issue, this guide will help to better understand their role in your storm water pollution prevention program.

## Section 3: Front Office Staff

Front office staff or the receptionists are often the first contact between an inspector and the company managers overseeing your storm water program. Thus it is important to know who to call if an inspector walks in and how to handle any questions they might have. There is always the possibility that an inspector may arrive when our pollution prevention team members are not available so it is important to have a basic understanding of what the SWPPP is, where it is at, and alternate staff that can handle this situation. This training guide has been developed to be a simple tool to use as an easy to understand synopsis of the SWPPP. It is written with the intent of assisting you to better understand all aspects of the storm water compliance requirements.

# Section I

# Management of the Storm Water Program
# Goals of the Section:

To develop an understanding of storm water compliance
- *Why it is important*
- *About the Permit*
- *Information You Need to Know*

Define required actions for compliance including:

***Implementing the Storm Water Program***
- *Identifying Potential Pollution Sources*
- *Implementing Best Management Practices*

***Monitoring Activities***
- *Dry Weather Observations*
- *Rain Event Observations*
- *Storm Water Sampling*

***Record Keeping***
- *Monthly Records*
- *Quarterly Records*
- *Annual Review*
- *Annual Reports*

Provide information necessary to oversee compliance program

# Section I ~ Management

## An Overview of the SW Program

### Why Storm Water Compliance is Important

As mentioned earlier, Storm Water Compliance is important to our company as it is important to protect this valuable and limited resource. It is also important because failing to do so can have some very negative and costly repercussions for our company. Thus, we have the choice of proactively addressing the issue or reacting to problems, or compliance violations, once they happen.

## The Permit

All storm water permits basically stem from the same piece of legislation, The Federal Clean Water Act. The federal government has jurisdiction over this issue but has allowed states to either do it themselves or have the federal E PA manage it for them. In California, the stated decided to do it and has developed one of the most comprehensive systems in the country. Many states are now following suit and taking over the storm water programs in their own jurisdictions.

Permits in California can be monitored by the USEPA, the State Water Board, the County or City governments. Additionally, there are a number of other agencies that deal with issues related to storm water. For this reason, if you are visited by an inspector please get their card so it is possible to identify which agency is involved. If this isn't challenging enough, many of these agencies don't communicate so it can get real confusing.

### Storm Water Compliance Requirements

As an industrial business federal and state regulation requires your company to take action to prevent storm water pollution. In California the State Water Resources Control Board oversees this program which they administered locally by regional Water Quality Control Boards and their inspectors.

To be in compliance with state and federal law, the general permit requires that your company does the following:

- *Prepare a Storm Water Pollution Prevention Plan (SWPPP)*
- *Implement Best Management Practices to eliminate potential pollution sources*
- *Eliminate all non-storm water discharges*
- *Collect and analyze four (4) water samples each rainy season*
- *Visually observe and to record storm water discharges during rainy season*
- *Visually observe discharge points during dry weather*
- *Complete a thorough annual site inspection and review and update the SWPPP*
- *Submit an Annual Report before July I" of each year*
- *And, maintain records of compliance that document all of your actions and to maintain an archive of all your records for (5) years at your facility.*

# The Storm Water Pollution Prevention Plan

One of the primary requirements of the storm water permit is the formulation of a comprehensive document known as a Storm Water Pollution Prevention Plan, or SWPPP as it is often referred to. The SWPPP is designed to do the following:

- *Describe the Business*
- *Identify Potential Storm Water Pollution Sources (PPS's)*
- *Provide Diagrams showing storm water discharge points and PPS's*
- *Present Best Management Practices to prevent or control PPS's*
- *Implement a Monitoring and Record Keeping System*

The SWPPP is required to be on the site at all times and available to officials performing storm water inspections. It is a living document so it can and should be changed as time and situations dictate. Don't be hesitant to write in the document as you add or take things out according to the most recent situation.

# Overseeing the Program

As a manager of the storm water program you will need to oversee a number of important activities that assure compliance with the permit. To do this effectively you will need to identify team members that can assist you in the activities. The permit encourages a team approach as it is more effective and assures it will operate even when the manager is not there. Once a team is established, all team members need to understand storm water compliance and how the company will actively participate in it.

## Types of Discharges

The permit identifies three different types of discharges which include; storm water, authorized non storm water discharges and non-authorized non-storm water discharges. In managing your storm water program you will need to be aware of each and monitor all three. Every time water discharges from your facility it will fall into one of the three categories. As storm water is obvious, this guide will just address the others.

### 1) Storm Water Discharges

Storm water discharges are simply just that. As part of the permit requirement you will need to monitor these discharges visually and taking 4 samples- 2 each half of the year. This is covered in detail later.

### 2) Non-Storm Water Discharges
### Authorized Non-Storm Water Discharges

Authorized non-storm water discharges are those allowed by the permit, as they are not considered sources of pollution, or are needed as part of the safety of the community. These include: Fire Departments testing hydrants, irrigation and water condensation from refrigeration and/or air-conditioning units. Authorized discharges that flow across polluted surfaces would be classified as unauthorized.

### Unauthorized Non-Storm Water Discharges

Unauthorized discharges are from sources that may cause discharges of pollutants such as discharges from washing vehicles or machinery, tanks, broken pipes, dumping wash water, or washing vehicles etc. All unauthorized discharges are required by the permit to be listed and eliminated.

## Identifying Potential Pollution Sources (PPS)

Potential Pollution Sources are those areas, actions or items that have the potential to create pollutants that can enter into the storm water and then discharged from the property. The potential pollution sources include:

> *Plastic Pellets or Particulants (released during loading of products or raw materials)*
> *New and Waste Oils and Fluids, Diesel Fuel*
> *Truck Cleaning Activities*
> *General Maintenance/Repair Activities*
> *Used and Salvaged Equipment and Cardboard*

# Potential Pollution Sources

Your SWPPP has in its "site/discharge map" locations of potential pollution sources at your facility. The map also presents you with a knowledge of how these areas relate to storm water flow patterns and discharges.

# Controlling Potential Pollution Discharges

There are two types of controls that are identified in the permit, those that are structural in nature (i.e. built in), and those that are non-structural or implemented as part of an effort or action (i.e. housekeeping preventative maintenance, spill containment and control, etc.) These controls need to be identified and implemented in order to assure potential pollution discharges are prevented or controlled.

## Structural Controls (Built in)

Structural Controls are those that are built into the site, the structure. These include paved surfaces, water channels, buildings, awnings, fencing, landscaping, and so forth. These controls are engineered in to the site for the specific purpose of dealing with or protecting storm water.

## Best Management Practices- Non-structural Controls (Actions/Activities)

The storm water permit has identified a number of non-structural controls that work in preventing or controlling potential pollution sources known as BMP's. These include:

> **Good Housekeeping**
> **Preventative Maintenance**
> **Spill Prevention and Response**
> **Material Handling and Storage**
> **Erosion and Sediment Controls**
> **Employee Training Program**
> **Quality Assurance and Record Keeping**

**\*Advanced BMP's are added for specific site issues**

Each of these controls need to be part of the regular storm water management program as they form the basis of what inspectors will be looking at during an inspection of a facility. The next section will cover Best Management Practices used in implementing and monitoring the controls. It is important that all employees who work in areas where storm water pollution sources exist are familiar with these controls and the BMP's or by setting Standard Operating Procedures used in managing them. Employee training will be discussed in greater detail later.

It should be noted that in most cases these controls have been part of standard operating procedures at most companies so, with the exception of timely monitoring regular inspections and record keeping, not much will change. What the storm water program requires is the addition of storm water training so employees understand compliance requirements, some additional inspections, regular walk through and proper record keeping that is required under the conditions of the Permit.

## Advanced BMP Example
The following example is in regards to the issue of zinc. This pollutant is an issue for fish in local watersheds.  This pollutant can be both industrially generated as well as from non-industrial sources such as metal roofs.

# Downspout filter Controls
Historically, one of the greatest  challenges the company has faced is the control of zinc as a pollutant.  Over the years, several controls have been implemented which have reduced the zinc load significantly but not to the point of compliance.  Sample tests of the zinc off the metal roofs have indicated this is the primary issue for reaching compliant levels. Currently, the company is installing and testing downspout filtering systems (2017).

- **Zinc from the roofs is preventing the company for being in compliance with the General Permit.**

Installation and maintenance will be performed by management and employees.

The selected downspout filters are a proven design developed and tested at the Port of Vancouver in Washington State. See diagram below.

Down-shoot pipes will be studied as research has shown this may be the greatest factor in the zinc washoff of metal roofing systems.

### <u>EXISTING BMPS</u>

Downspout filters will be installed on all existing downspouts. (SC)

Existing gutters will be repaired as needed. (SC)

Sampling research will continue to assess the level of success of the intervention.

Staff will be trained in the care, maintenance and testing of the filters.  (ST)

Surfaces around filters will be inspected and cleaned as needed of sawdust, chips, dirt, debris, fluids & other waste materials. (HK)



Larger Stones under Downspout for Splash Guard

Downspout

**Gullywasher™**
STORM WATER MANAGEMENT &
EROSION CONTROL PRODUCTS
206.799.3296
jeff@gullywasher.com

Organic Native Plants

Bark Mulch

Engineered Fully Composted Filter Soil

Pea Gravel

Filter Spring-Screens

Medium Drainage Rocks

Drainage Pipe

Used Food-Grade Chemical Tote

# Training & Managing Employees

As part of ongoing training, storm water compliance issues need to be introduced to all employees and refreshment courses to be held and recorded periodically. This can be part of the regular safety meetings or stand alone training sessions if deemed necessary. There is a section for employees later in this training guide. All employees should have a good understanding of the following:

**Why storm water is important to your company**.
For the Environment
For Public Relations
To Prevent Local Problems

**Potential Pollution Sources generated at the site**.
How pollution makes it way into the storm water system.
Specific areas, materials or activities that may be sources of pollution

**What they need to do to keep storm water clean.**
Understanding the Best Management Practices defined in the SWPPP.
Implementation of these BMP's by all employees.

It is imperative for employees to understand the importance of protecting all storm water as it drains right into our waterways and Ocean and that affects all of us in the long run. If they understand this fact, it will be easier to motivate them to implement those non-structural controls that can sometimes become a pain or mundane. These include:

*Good Housekeeping Programs*
*Regular and Pre Storm Inspections*
*Preventative Maintenance Programs*
*Spill Response Plans, Teams and Prevention Programs*
*Material Handling and Storage Programs*
*Employee Training Programs*
*Waste Handling and Recycling Programs*
*Erosion Control plans*
*And, Record Keeping*

# Pre-Storm Water Season and Storm Preparations

In the next few pages this guide will cover the process of monitoring the storm water that flows onto the property (on flow) and discharges from it off the property (off flow). Prior to any storm event, it is important to do a site evaluation to make sure that there are no exposed contaminants that can enter into the storm water flow once the rain begins.

Here in California our rains and storms are usually reliably predicted and announced by the weather reports, as to when we should expect it and It is recommended and its mandatory to do a comprehensive site evaluation and clean-up prior to the start of the storm water or Rainy Season starting (October 1st – May 31st). By doing a thorough Pre Rainy Season site inspection, you can identify and remediate any potential problems that exist prior to any rain events.

Your Work-Book has all the Forms in the Month by Month section that provides check points of common areas that the pre Rainy Season and all consecutive Rain Events require you to inspect and to maintain records of all such inspections.

Here are guidelines for dealing with anticipated storm events according to the general permit. Visually observe all storm water drainage areas (the entire yard) during daylight scheduled facility operating hours to identify any spills, leaks or uncontrolled pollutant sources. If there are Storm Drains located on your facility to make sure that the filters and drains are clean and nothing obstructs the water flow.

For each problem identified implement appropriate corrective actions, such as cleaning up spills, repairing leaks, repairing machinery, covering all exposed equipment, making sure all materials stored outdoors are off the ground and placed on pallets are covered including machinery, drums and materials that are exposed to rainwater.

All used drums containing oil, grease, used filters, hazardous chemicals or pollutant materials properly stored in secondary containments, labeled, dated and kept covered.

Implement those BMPs in each section that are to be done prior or during rainstorms. For example cover something in particular, like dumpster, waste fluids, etc

# Inspectors and Inspections

Sooner or later an inspector will walk in the door and ask to assess your current storm water program. The inspection process is often made out to be a much bigger deal than it really is causing lots of anxiety, fear and stress. If you have been making a honest effort to be in compliance and to meet the intent of the law than you shouldn't have too many problems. Remember, no company is ever I00% compliant a 100% of the time. That said, here is what you need to be prepared for and what to do once an inspector walks in the door.

First and foremost have your office staff or receptionist briefed who to contact and how to deal with the inspector. Be pleasant, polite, open and honest - Those who are hostile, rude, argumentative, or get irritated, usually end up with a lot more problems, shorter time lines to fix problems and are likely to be the ones receiving fines.

If you show you are interested and making an effort in being compliant and willing to work on any problems they are usually helpful. Especially, if you show them appreciation for pointing out areas where his advise may be useful and helps to improve your facility's compliance.

Always Identify Who they are, What Department they are from, - It's not a credential check, but an important way to identify what agency they are with. There are numerous separate agencies in California that deal with oils, air, hazmat or water, knowing who they are and making sure you get a contact number or a business card is important. Ask for their business card. It is very important for further communications with them.

What to Expect - The inspector will ask to see your Storm Water Permit, SWPPP Documentation and your Work Book, records and monitoring plan.

After looking at these, they will want to look at and inspect your site. Take them on a tour and bring a note pad and pen so you can write down any issues they may raise.

It also helps if the inspector takes a photograph of something at the site, to take one photo for your records, yourself.

Contact Your Consultant- It is important to contact you consultant as soon as you can, because they have a lot of experience working with inspectors.

Remediation of the Problems- If there are problems identified by the inspector you
will be sent or given a Notice of Correction or a Notice of Violation and a time period to correct the problems, and a time frame to respond to the inspector's Notice to inform them that the corrections have been made or in progress of being corrected. It is important to make these corrections, and to address these problems within the time-frames given and then to contact the inspector to let them know that they have been corrected. Doing this quickly shows a positive attitude towards compliance and will help in developing a good working relationship with the inspectors. When you do report that corrections were made, depending on the severity of the violations they may do a re-inspection to verify it.

Remember, most inspectors are a resource and want to check to see that your facility is in compliance. There is no need to be fearful of a visit unless you are actively involved in doing something illegal such as dumping wastes down storm drains or have illegal connections or hook ups. If they know that being compliant is important to you and its taken seriously they will almost always be easy to deal with and very helpful.

# What Inspectors Will Be Looking For

There are a number of specific things inspectors will be looking for when they visit a facility. Basically, they will focus on if the business has Storm Water Permit, and a Storm Water Pollution Prevention Plan, BMP and if it is being implemented, and whether or not it is working effectively. Here is an overview of what they will be looking for:

1) *A Storm Water Pollution Prevention Plan and BMP*
2) *Up-to-Date Records & Visual Observations*
3) *Lab Test results*
4) *If Best Management Practices are being properly implemented including:*
   a) *A Clean Business Facility and properly maintained site*
   b) *No Exposed Potential Pollution Sources (PPS's)*
   c) *Oils and chemicals in Secondary Containment*
   d) *Unused Equipment off the ground and Covered*
   e) *Spill Prevention Programs in Place (including spill kits)*
   f) *Employee Training Programs (including records)*
   g) *Dumpsters are kept closed and are not leaking*
5) *Addition records are in place, including:*
   a) *HAZMAT Permits and Records*
   b) *Material Recycling Records*
   c) *Hazmat materials properly labeled, dated and removal records.*
   d) *Any Permits Relevant to Storm Water or required for operating the business.*

# THE STORM WATER MONITORING PROGRAM

As part of storm water permit compliance, permit holders are required to monitor the storm water that discharges from their sites to assure that no pollutants are entering the storm water system. This monitoring comes in two forms; visual observations and water sample testing. During the calendar year, all permit holders are required to monitor their storm water programs by completing the following:

> **Taking 2 water samples during the first half of the storm water season (July-December) and 2 samples in the second half of the season (January -June). Results of sampling must be submitted within 30 days of getting results via the SMARTS system.**
>
> **Make 1 visual observation monthly for non-storm water discharges (NSWDs).**
>
> **Complete quarterly Staff Trainings.**
>
> **Maintain record keeping program.**
>
> **Complete Annual Comprehensive Site Review.**
>
> **File Annual Report via SMARTS system by July 1 of each year.**

# MONTHLY SEASON VISUAL OBSERVATIONS:  STORM WATER

The Permit requires all permit holders to take visual observation during rains to assure pollutants are not being discharged from your site. If there was no rain during the month just mark this in the record keeping section as no rain. These observations need to be made during daylight hours. As part of the visual observation you will need to describe the condition of the waters turbidity, discoloration, odor, floating and suspended materials.

**Turbidity-**  is a measure of how clear/cloudy the water is.

**Odors**– What does it smell like? Rotten eggs, gasoline, oil, sewage odors, decaying vegetation, etc.

**Discoloration-**  is the description of specific colors observed in the water.   Record the color of the water as well as the sheen on top.

**Floating and Suspended Materials-**  including: soil, vegetation, and trash, particulates, plastics, oil and grease.

# OVERVIEW: YEARLY MONITORING PROGRAM

The yearly storm water monitoring program is organized around monthly, quarterly, sampling and annual requirements.  The following highlights storm water activities to be completed during the year.


**July –December**
     Complete Monthly Observations for NSWDs
     Complete Quarterly Employee Training Events
     Get Sample Bottles from Lab
     Take 2 samples making visual observations of storm water at that time
     Report Sample Results via the SMARTS with 30 days of getting results

**January – July 1**
     Complete Monthly Observations for NSWDs
     Complete Quarterly Employee Training Events
     Take 2 samples and make visual observation of storm water
     Report Sample Results via the SMARTS with 30 days of getting results
     **Complete Annual Site Review
     Complete and Submit Annual Report using SMARTS system.
     Keep Yearly Records for 5 years

The record keeping section contains the forms for documenting the monitoring process.  This section is designed to explain how to fill out the forms and is broken down into the time-frames shown above.

**Annual site review may count as one of the quarterly trainings

# ANNUAL COMPREHENSIVE FACILITY COMPLIANCE EVALUATION

(From the Permit) The Discharger shall conduct one Annual Evaluation for each reporting year (July 1 to June 30).  If the Discharger conducts an Annual Evaluation fewer than eight (8) months, or more than sixteen (16) months, after it conducts the previous Annual Evaluation, it shall document the justification for doing so. The Discharger shall revise the SWPPP, as appropriate, and implement the revisions within 90 days of the Annual Evaluation.  At a minimum, Annual Evaluations shall consist of:

A. A review of all sampling, visual observation, and inspection records conducted during the previous reporting year;

B. An inspection of all areas of industrial activity and associated potential pollutant sources for evidence of, or the potential for, pollutants entering the storm water conveyance system;

C. An inspection of all drainage areas previously identified as having no exposure to industrial activities and materials in accordance with the definitions in Section XVII;

D. An inspection of equipment needed to implement the BMPs;

E. An inspection of any BMPs;

F. A review and effectiveness assessment of all BMPs for each area of industrial activity and associated potential pollutant sources to determine if the BMPs are properly designed, implemented, and are effective in reducing and preventing pollutants in industrial storm water discharges and authorized NSWDs; and,

G. An assessment of any other factors needed to comply with the requirements in Section XVI.B

# Water Sampling

The area that seems to cause the greatest amount of confusion each year is the completion of the sampling requirement.  **Following are the protocols for sampling under the new permit:**



*Sampling Protocols- This General Permit requires Dischargers to collect samples during scheduled facility operating hours from each drainage location within four (4) hours of:*

**(1)** the start of the discharge from a QSE occurring during scheduled facility operating hours, or

**(2)** the start of scheduled facility operating hours if the QSE occurred in the previous twelve (12) hours.  The benefits of this sampling protocol:

**(a)** allows a more reasonable amount of time to collect samples,

**(b)** increases the likelihood for samples collected at discharge locations to be representative of the drainage area discharge characteristics,

**(c)** increases the number of QSEs eligible for sample collection, and

**(d)** reduces the likelihood of Dischargers collecting samples with short-term concentration spikes.

brown glass- Oil and Grease, plastic-TSS, Metals
pH Strips, and Chain of Custody.

## An Basic Process

The following is a general overview of the process of preparing for rain and sampling.

> *Watch the weather, if it looks like rain complete a pre-storm site review.*
> *Implement BMPs identified in SWPPP to prevent possible pollutant discharges*
> *Assess if the rain qualifies (see above)*
> *If yes, begin sampling procedures (take Containers or buckets out to gather samples)*
> *Fill Containers until they are full (to the top)*
> *Take pH reading with strip*
> *Fill in data on Containers*
> *Fill out Chain of Custody Form*
> *Store sample in refrigerator*
> *Call, send or take sample to Lab as soon as possible (within 24hrs)*

In sampling, you will want to use another container such as a large paper cup to gather the water.  Make sure the container is clean.  This will aid in filling the Containers as they would be difficult to fill individually as some have small openings or may contain chemicals.

**SAMPLING LOCATIONS**

# Sampling

The diagram on page 13 shows locations where sampling will need to take place. Each location is identified with a number that corresponds to the activities of the area where the discharge occurs.

## Recommended Procedure

Samples need to be take just prior to where they leave the property and enter the storm drains. Fill each bottle to the top. This permit does not allow samples to be combined at the site and must be combined at the Lab. Fill in the information on the bottles, fill out the chain of custody form, and then call the Lab for pick up or deliver it. If you can not get the sample to the lab immediately, place the samples in the refrigerator where they can stay for up to 48 hours.

## SAMPLING TESTS REQUIRED

The permit has established a series of laboratory tests for assuring that businesses are doing all possible to keep their discharges free of pollutants. Using SIC Codes and conditions at each location, the state has identified tests required by different industries including four that are required by every permit holder. Tests include:

- pH- *Taken within 15 minutes of sampling using pH strips.*

- Total Suspended Solids

- Oil & Grease or Total Organic Compounds

## See Sampling Section for benchmark table.

EXHIBIT "B"

# *Level 2 ERA Action Plan*

Reliable Wholesale Lumber

Riverside Reload Center
1450 Citrus St
Riverside, CA  92507

Tim Jacobson
QISP 000441

## Exceedance Description and Historical Review:

Over the past 5 years Reliable has attempted to assess and eliminate pollution levels at the site using a series of increasing mitigation efforts.  Efforts have resulted in the elimination of benchmark exceedances in TSS and COD and the reduction of Zinc from levels 10 times the limit to results just above current benchmark requirements.  Zinc levels in the 2016-17 storm water year have resulted in exceedances that have triggered a Level 2 ERA status under the General Permit.

### *2016-17 Sampling Discharge Point Results*

| Date | 12/16/16 | 12/21/16 | 1/9/17 | 1/23/17 | 1/23/17 Roof |
|------|----------|----------|--------|---------|--------------|
| N. Gate | .28 | (.20) | (.21) | (.20) | 1.7 |
| S. Discharge | .41 | .27 | (.23) | .34 | 2.4 |

( ) Below Benchmarks

## Zinc Sources

From its past control efforts Reliable has identified two primary sources of Zinc pollution at the facility.  These are industrial based from the zinc in the daily activities on site primarily from the tires on the loaders and non-industrial zinc washing off of the galvanized roofing on the buildings.

## Historical Control Efforts

Prior to the 2016-17 storm water season, the primary focus was on the industrial loads with efforts directed towards control of the pollutant using housekeeping and filtering at the discharge points.  These efforts reduced the zinc numbers significantly but not to the point meeting benchmarks.  Reliable began increased efforts arranging for the use of a professional vacuum truck cleaning service during the fall of 2016.  This measure brought the numbers down below benchmarks in almost 50% of the samples which had not been attainable in past efforts.  But zinc tests still were not consistently below benchmarks.

During the sampling events of second part of the season zinc levels were above benchmarks even after vacuum sweeping resulting in the company looking deeper into what other sources needed to be identified.  Roofing had already been identified as a source but had not been tested separately until January 23, 2017 sampling event.  These results identified the roofs as a major source of zinc discharge with 1.7 and 2.4 ppm zinc detected at two sampling points.  Surface area of the roofs is significant at the site consisting of about 30% of the site.

The final sample of the two discharge points for the season was taken with no vacuum truck activity prior to sampling reflecting the rise in zinc results almost to the point of past results using the 2015-16

interventions. This provided Reliable with a baseline understanding of the amount of zinc reduction resulting from vacuum truck activity. It also provides greater insight into the potential impact of roofing based zinc pollutants.

The following table shows the historic the zinc sampling data for the site.

## STORMWATER SAMPLING RESULTS TABLE
## RELIABLE WHOLESALE LUMBER – RIVERSIDE FACILITY

| REPORTING PERIOD | SAMPLE DATE | ZINC/TOTAL |
|---|---|---|
| 2011-2012 | 4/11/12 | .62 |
| | 4/11/12 | 1.4 |
| | 4/26/12 | .46 |
| | 4/26/12 | .56 |
| 2012-2013 | 5/7/13 | 1.8 |
| | 5/7/13 | 1.5 |
| 2013-2014 Combined Sample as allowed by Permit | 2/28/14 | (.15) |
| 2014-2015 | 5/14/15 | 2.2 |
| 2015-2016 | 3/7/16 | .58 |
| | 3/7/16 | .61 |
| 2016-2017 | 12/16/16 | .28 |
| | | .41 |
| | 12/21/16 | (20) |
| | | 27 |
| | 1/9/17 | (21) |
| | | (23) |
| | 1/23/17 | (20) |
| | | 34 |
| 1/23/17 Roof Test | | 1.7 |
| | | 2.4 |
| **BENCHMARKS**[1] | | .26 |
| | | |

### (Below Benchmarks)

Top number is for North Discharges
Bottom number is for South Discharge

_____

1All readings are in parts per million

# <u>Level 2 ERA Action Plan</u>

Reliable began implementing filtering systems designed and proven effective at the Port of Vancouver on building downspouts during the late Spring of 2017.  Advanced Best Management Practices have been designed and will be implemented as part of the 2017-18 storm water season.  During this period the company will continue research the effectiveness of the filters, how to best maintain them, replacement cycles, and other issues in best using the filters.  This is in addition to the continuation of current mitigation efforts including:

**Housekeeping**
- Daily housekeeping activities
- Use of vacuum truck on a basis to be identified as
    1) most beneficial
    2) effective and economical

**Discharge Point Filtering**
- Continued use of filtering system employed at each discharge point. Including the use of downspout filters on building with existing downspouts.
- Research the flow rates and success of the filters to handle flows.  Materials will be adjusted as needed to assure filters are successful in meeting flows.
- Research of filtering success in the removal of dissolved zinc contaminants from roof flows.  Samples will be taken pre and post filter to assess pollutant loads entering and exiting filters.
- Continued use of filtering booms throughout the facility to reduce other pollutant loads including TSS, Oil and Grease and COD.

## DOWNSPOUT FILTER CONTROLS

Historically, one of the greatest  challenges the company has faced is the control of zinc as a pollutant.  Over the years, several controls have been implemented which have reduced the zinc load significantly but not to the point of compliance.  Sample tests of the zinc off the metal roofs have indicated this is the primary issue for reaching compliant levels.  Currently, the company is installing and testing downspout filtering systems for the 2017-18 storm water year.

- **Zinc from the roofs is preventing the company for being in compliance with the General Permit.**

- **Roofs comprise of as much as 30% of exposed surfaces testing out as 5 to 9+ times the benchmarks.**

- **Zinc from roof surfaces are dissolved metals as compared to solids thus are not captured as easily by the booms.**

- **Success of the filters to capture and reduce dissolved zinc down to benchmark levels will reduce total numbers well below benchmarks.**

## Activities

Installation and maintenance will be performed by management and employees.

*The selected downspout filters are a proven design developed and tested at the Port of Vancouver in Washington State. See diagram below.*

Down-shoot pipes will be studied as research has shown this may be the greatest factor in the zinc washoff of metal roofing systems. (Described in BMP's)

Sampling of non-gutter roofing will also be researched as some research has identified the gutters and downspouts as a major source of the zinc contamination.

### <u>NEW AND EXISTING RELATED SWPPP BMPS</u>

Downspout filters will be installed on all existing downspouts. (Structural)

Existing gutters will be repaired as needed. (Structural)

Sampling research will continue to assess the level of success of the intervention, this includes the following:

*Research on flow rates of water off roof into each filter*

*The flow-through rate and the ability of the filter to cycle through the water effectively.*

*Success of filter mediums in allowing flow-through to meet flows off roof.*

*The success of filter mediums in reducing zinc pollutants to meet benchmarks*

*Exchange of mediums if needed to include other mediums such as Zeolite, and Core (gorilla hair) materials.*

Staff will be trained in the care, maintenance and testing of the filters. (Training)

Surfaces around filters will be inspected and cleaned as needed of sawdust, chips, dirt, debris, fluids & other waste materials. (Housekeeping)

Water Gardens Port of Vancouver



Sources of Research Materials

Vancouver Zinc Removal
http://www.portvanusa.com/assets/Grattix-how-to-flyer.pdf

Suggested Practices to Reduce Zinc Concentrations in Industrial Stormwater Discharges
Steven Golding Washington State Department of Ecology Environmental Assessment Program for
Water Quality Program June 2008
Publication Number 08-10-025

Storm Water Pollutant Removal Performance of Compost Filter Socks
L.B. Faucette* and F.A. Cardoso-Gendreau Filtrexx International E. Codling, A.M. Sadeghi, Y.A.
Pachepsky, and D.R. Shelton USDA